AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Montgomery_

James Kuczmeski, et al.,
v.
US Food Service

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06CV731-SRW

TO: (Name and address of Defendant)

US Food Service
2850 Selma Highway 80 West
Montgomery, AL 36108-5608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O Wiggins
Kevin W Jent

LAW OFFICES
WIGGINS ♦ CHILDS ♦ QUINN ♦ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    August 14, 2006
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8-18-06 |
| NAME OF SERVER (PRINT) Robert Sisson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Juliette Moncreal, U.S. Food Service 2850 Selma Hwy 80 West Montgomery AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-18-06
             Date

Signature of Server

326 4th Av. South
B'ham Al.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.