# United States District Court

__Middle__ DISTRICT OF __Montgomery__

James Kuczmuski, et al.

v.

US Food Service,

## Alias
SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06-cv-731-MHT-SRW

TO: (Name and address of defendant)

US Food Service
2850 Selma Highway 80 West
Montgomery, AL 36108-5608

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory O Wiggins
Kevin W Jent

LAW OFFICES
WIGGINS ◆ CHILDS ◆ QUINN ◆ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE · NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9-1-06 |
| NAME OF SERVER (PRINT) Robert Sisson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Juliette Moncreaf U.S. Post Service 2850 Selma Hwy 80 West Montgomery AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-1-06
            Date

Signature of Server
3720 4th Av. S.
B'ham AL.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.