**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 6, 2006

# NOTICE OF DOCUMENT STRICKEN FROM THE RECORD

**To:**            **All Counsel of Record**

**From:**        **Clerk's Office**

**Case Style:**    **James Kuczmaski, et al. v. US FoodService**

**Case Number:**   **#2:06-cv-00731-MHT**

**Referenced Pleading:**   Document #5
                           Alias summons returned executed

**The referenced pleading was filed erroneously on 9/1/2006.  The alias summons has not been issued by the court.**

**Therefore, Document #5 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**