# United States District Court

__Middle__ DISTRICT OF __Alabama__

James Kuczmeski, et al.,

V.

US Food Service

**Alias SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-731-MHT-SRW

TO: (Name and address of defendant)

US Food Service
2850 Selma Highway 80 West
Montgomery, AL 36108-5408

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory O Wiggins

LAW OFFICES
WIGGINS ♦ CHILDS ♦ QUINN ♦ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an *amended* answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          9-7-06

CLERK                                                         DATE

*Charlene Campbell*

(BY) DEPUTY CLERK