# United States District Court

Middle _____ DISTRICT OF _____ Alabama

James Kuczmeski, et al.,

v.

US Food Service

Alias
SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06-cv-731-MHT-SRW

TO: (Name and address of defendant)

US Food Service
2850 Selma Highway 80 West
Montgomery, AL 36108-5408

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory O Wiggins

LAW OFFICES
WIGGINS ♦ CHILDS ♦ QUINN ♦ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett _____ 9-7-06
CLERK                                          DATE

_Challene Campbell_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-7-06 |
| NAME OF SERVER (PRINT) ROMAN WALDROP | TITLE |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: U.S. FOOD SERVICE 2850 SELMA HIGHWAY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-7-06
Date

Signature of Server: Roman Waldrop

Address of Server: 6822 Charles Drive

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.