IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES KUCZMASKI, etc., et al., ) ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv731-MHT |
| ) | |
| US FOODSERVICE, ) ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion to amend (doc. no. 10) is granted.

DONE, this the 26th day of September, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE