# United States District Court

__Middle__ DISTRICT OF __Alabama__

James Kuczmaski, et al.

v.

US Food Service,

Alias
SUMMONS IN A CIVIL CASE
Second Amended Complaint

CASE NUMBER: 2:06-cv-731-MHT-SRW

TO: (Name and address of defendant)

US Food Service
2850 Selma Highway 80 West
Montgomery, AL 36108-5608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory O Wiggins

LAW OFFICES
WIGGINS ◆ CHILDS ◆ QUINN ◆ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE · NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

___Debra P. Hackett___
CLERK

___9/28/06___
DATE

___Ben Robinser___
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                          Signature of Server

                                         _____
                                         Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.