IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES KUCZMASKI, etc.,      )
et al.,                     )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      2:06cv731-MHT
                            )
US FOODSERVICE,             )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED that the motion to amend complaint (doc. no. 16) is granted. The court assumes that defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 10th day of October, 2006.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE