IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES KUCZMASKI, ADAM PIKE,        )
RYAN PHILLIPS, JOSH STONE,         )
SUHANE LOWERY, KEVIN BELL,         )
HAMP CRUM, III, and KEVIN MOORE,   )
individually and on behalf of all other persons )
similarly situated,                )
                                   )
          Plaintiffs,              )       CIVIL ACTION NUMBER:
                                   )       2:06-cv-731-MHT-SRW
vs.                                )       JURY DEMAND
                                   )
US FOODSERVICE,                    )
                                   )
          Defendant.               )
                                   )

## NOTICE OF FILING PLAINTIFF'S EXPERT DESIGNATION

**COMES NOW** the plaintiff and gives notice of filing the attached plaintiff's expert designation

(Exhibit "A").

Respectfully submitted,

/s/ *Gregory O. Wiggins*
Gregory O. Wiggins
Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

### CERTIFICATE OF SERVICE

I do hereby certify that I have filed the above and foregoing by CM/ECF today, March 15, 2006, with copies being served on:

Tammy L. Baker
Tamula R. Yelling
Constangy, Brooks & Smith, LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

/s/ Gregory O. Wiggins
Gregory O. Wiggins

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KUCZMASKI, ADAM PIKE,<br>RYAN PHILLIPS, JOSH STONE,<br>SUHANE LOWERY, KEVIN BELL,<br>HAMP CRUM, III, and KEVIN MOORE,<br>individually and on behalf of all other persons<br>similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>US FOODSERVICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NUMBER:<br>2:06-cv-731-MHT-SRW<br>JURY DEMAND |

**PLAINTIFFS' EXPERT DESIGNATION AS OF MARCH 14, 2007**
**DR. EDWIN L. BRADLEY**
**DR. LIESL M. FOX**

My name is **Edwin L. Bradley, Jr., Ph.D.** and I am the CEO and founder of Quantitative Research Associates ("QRA"). QRA provides statistical and computing consulting services. I haves applied statistical methodology in the fields of litigation, medical research and business applications for over 39 years. I have been accepted as an expert witness in both State and Federal Courts on a variety of issues, including employment discrimination. I am an author of over 215 publications and research papers. My work has appeared in scientific journals such as *American Statistician, Journal of the American Statistical Association, IMA Journal of Mathematics Applied in Business and Industry*, and *Technometrics*. I received my Ph.D. in statistics from the University of Florida in 1969.

1

I was a tenured Professor in the Department of Biostatistics at The University of Alabama at Birmingham ("UAB"), where I taught and conducted research for 28 years. I am currently Professor Emeritus of Biostatistics at UAB. A copy of my curriculum vitae is attached hereto. My time for possible backpay calculations in this case will be billed at the rate of $425 per hour, and for testifying at the rate of $600 per hour.

**Liesl M. Fox, Ph.D.**, is a Senior Consultant at QRA, where she has been employed since 1997. Dr. Fox has been a statistical consultant for over twelve years, including applications in the fields of litigation and medical research, and has been deposed as an expert witness. She specializes in data analysis and the application of statistical methodology to determine whether various employment practices, such as hiring and promotional policies, are discriminatory. Her responsibilities include database preparation and management, and acquiring Census and other statistical source data. Dr. Fox is an author of several research articles. She received her Ph.D. in biostatistics from UAB in 1997. A copy of her curriculum vitae is attached hereto. Her time for possible backpay calculations in this case will be billed at the rate of $275 per hour, and for testifying at the rate of $390 per hour.

We have been asked by counsel for the plaintiff to calculate possible backpay figures for the plaintiffs and any potential opt-in plaintiffs at a date in the future. If backpay calculations are needed, we will provide said backpay figures based on defendant's payroll records, work schedules, and other documents related to the position of Order Selector. However, to date, all needed information has not been provided by the defendant.

We may also do other statistical analysis that may be necessary after the data and/or

documents are received from the defendant. This designation will be updated as discovery is received

from defendant.

_Edwin Bradley, J._
Edwin L. Bradley, Ph.D.

_Liesl M. Fox_
Liesl M. Fox, Ph.D.

3

March 14, 2007

## CURRICULUM VITAE

**EDWIN LUTHER BRADLEY, JR.**

CEO, Quantitative Research Associates
2015 Kentucky Avenue
Vestavia Hills, Alabama  35216
Phone: (205) 979-2991

RESIDENCE: 1836 Catala Road
Vestavia Hills, Alabama  35216
Phone:  (205) 822-8428

PERSONAL DATA: Born July 16, 1943 in Jacksonville, Florida.
Married, three grown children.

EDUCATION: Bachelor of Science (with honors), August 1964
Mathematics Major
University of Florida

Master of Statistics, April 1967
Statistics Major
University of Florida

Doctor of Philosophy, December 1969
Statistics Major
University of Florida

PRIMARY ACADEMIC APPOINTMENTS:

1997-Present     Professor Emeritus
Department of Biostatistics
University of Alabama at Birmingham

1988-1997        Professor
Department of Biostatistics
University of Alabama at Birmingham

1976-1988        Associate Professor
Department of Biostatistics
(Formerly Biostatistics and Biomathematics)
University of Alabama at Birmingham
(Vice Chairman, 1978-1982)

1970-1976        Assistant Professor
Department of Biostatistics
University of Alabama at Birmingham

Edwin L. Bradley, Jr., PhD
Curriculum Vitae
Page 2

SECONDARY ACADEMIC APPOINTMENTS AND OTHER PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 1973-1997 | Professor, Associate Professor, Assistant Professor<br>Department of Mathematics<br>University of Alabama at Birmingham |
| 1978-1980 | Associate<br>Diabetes Research and Training Center<br>University of Alabama at Birmingham |
| 1970-1977 | Investigator<br>Institute of Dental Research<br>University of Alabama at Birmingham |
| 1968-1969 | Statistical Consultant<br>Patuxent Wildlife Research Center<br>Department of Interior<br>Gainesville, Florida |
| 1966-1969 | Computer Programmer and Statistical Consultant<br>University of Florida<br>Gainesville, Florida |
| 1965 | Computer Programmer<br>Lockheed-Georgia Company<br>Marietta, Georgia |

ADMINISTRATIVE APPOINTMENTS AND ACTIVITIES:

| | |
|---|---|
| 1993-1996 | Member, Financial Aid Committee<br>School of Public Health<br>University of Alabama at Birmingham |
| 1989-1997 | Director, Graduate Program in Biostatistics<br>Department of Biostatistics<br>(Formerly Biostatistics and Biomathematics)<br>University of Alabama at Birmingham |
| 1989-1995 | Member, Advisory Committee<br>Postdoctoral Training Program in Caries Research<br>University of Alabama at Birmingham |
| 1985-1997 | Chairman, Graduate Committee<br>Department of Biostatistics<br>(Formerly Biostatistics and Biomathematics)<br>University of Alabama at Birmingham |

Edwin L. Bradley, Jr., PhD
Curriculum Vitae
Page 3

<u>ADMINISTRATIVE APPOINTMENTS AND ACTIVITIES:</u> (Continued)

1978-1982          Vice Chairman
                   Department of Biostatistics
                   University of Alabama at Birmingham

1979               Participant, UAB Funding Institute
                   Office of Research and Grants Administration
                   University of Alabama at Birmingham

1972-1973          Member, Accreditation Self Study Council
                   Division of Biophysical Sciences
                   University of Alabama at Birmingham

<u>ASSOCIATIONS AND MEMBERSHIPS:</u>

➤ The Biometric Society, 1970 - Present
➤ American Statistical Association , 1970 - Present
        Member, National Council, 1982 - 1983
➤ Alabama Chapter of American Statistical Association, 1970 - Present
        Secretary-Treasurer, 1978-1979
        Vice-President,  1980-1981
        President,  1982-1983

<u>HONORS AND AWARDS:</u>

➤ Phi Eta Sigma - Freshman Honorary, Elected 1962
➤ Pi Mu Epsilon - Mathematics Honorary, Elected 1963
➤ Phi Kappa Phi - Scholastic Honorary, Elected 1964
➤ Sigma Xi - Scientific Honorary, Elected 1982
➤ Emmett B. Carmichael Award for the Outstanding Paper in the Journal of the Alabama
   Academy of Science, 1987.
➤ American Men and Women of Science

<u>REVIEW REFEREE FOR THE FOLLOWING JOURNALS:</u>

➤ American Journal of Medical Sciences
➤ Fertility and Sterility
➤ Anesthesiology
➤ Alabama Journal of Medical Science
➤ Hypertension Journal
➤ Technometrics
➤ Journal of the American Statistical Association
➤ American Statistician
➤ Annals of Neurology
➤ Clinical Trials

<u>RESEARCH INTERESTS:</u>

➤ Statistical Computing
➤ Statistical Modeling
➤ Statistical Methodology and Applications

TEACHING ACTIVITIES:

- Statistical Analysis
- Statistics in Biology
- Design of Experiments
- Probability
- Inference
- Least Squares
- Nonparametric Statistics
- Discrete Data Analysis
- Stochastic Processes
- Biometrical Consulting in Research
- Nonlinear Data Analysis
- Multivariate Analysis
- Advanced Analysis

MASTERS' THESES AND PROJECTS DIRECTED:

Martha Perry Roton (1974): Statistical Inference in the Multinomial Distribution with Applications to Human Blood Groups. University of Alabama at Birmingham.

Wayne R. Satterwhite (1977): An Evaluation of a Cancer Rehabilitation Project. University of Alabama at Birmingham.

Sharon Truelove (1978): Models for the Prediction of the Survival of Patients Undergoing Primary Surgery for the Tetralogy of Fallot. University of Alabama at Birmingham.

Ray Allen McKinnis (1979): A Statistical Analysis of Burn Patient Care at the University of Alabama Hospital Burn Service. University of Alabama at Birmingham.

Gretchen A. Cloud (1982): An Exponential Family of Models. University of Alabama at Birmingham.

Carl M. Russell (1988): Two Approaches to Modeling the Mineral Density Profile of Dental Hard Tissues Exposed to Demineralizing Conditions. University of Alabama at Birmingham.

Tonya O. McMillan (1990): The Estimation of Cross - Correlation Coefficients in the Presence of Missing Data. University of Alabama at Birmingham.

Ellen S. Caldwell (1992): Comparing the Effects of Intervention Drugs on Cardiovascular Response to Intubation -- A Meta Analysis. University of Alabama at Birmingham.

Liesl M. Fox (1995): The Pseudo-Biniomial Distribution: Applications in Survival Analysis. University of Alabama at Birmingham.

Traci E. Clemons (1996): The Overlapping Coefficient for Two Normal Probability Functions with Unequal Variances. University of Alabama at Birmingham.

Claudia C. Powell (1997): Least Squares Parameter Estimation for the Three-Parameter Weibull Distribution. University of Alabama at Birmingham.

DOCTORAL DISSERTATIONS DIRECTED:

David Naftel (1978):  A Generic Family of Survival Distributions.  University of Alabama at Birmingham.

Henry F. Inman (1984):  Behavior and Properties of the Overlapping Coefficient as a Measure of Agreement between Distributions.  University of Alabama at Birmingham.

Larry G. Blackwood (1989):  Contributions to the Theory and Application of the Rasch Model. University of Alabama at Birmingham.

Carl M. Russell (1992):  A Simulation Study of Multivariate Randomization Testing Applied to Radiographic Cephalometry.  University of Alabama at Birmingham.

Tonya M. Smoot (1993):  The Use of Cubic Spline Interpolation in the Analysis of Incomplete Stationary Time Series.  University of Alabama at Birmingham.

Traci E. Clemons (1997):  A Nonparametric Approach to Estimating the Overlapping Coefficient Using the Kernel Estimation Technique.  University of Alabama at Birmingham.

Liesl M. Fox (1997):   An Exploration of the Pseudo-Binomial Distribution With Applications to Survival Curve Confidence Intervals.  University of Alabama at Birmingham.

PRESENTATIONS AND INVITED SEMINARS:

The Queue GI/M/1 with Balking at Queues of a Fixed Length.  Alabama Chapter, American Statistical Association.  Tuscaloosa, Alabama, February 21, 1970.

The Effect of pH and Hexamine Concentration upon the Extinction of E. Coli.  Alabama Chapter, American Statistical Association, Birmingham, Alabama, February 27, 1971.

A Sufficient Condition for the Equivalence of Maximum Likelihood and Weighted Least Squares Estimates. Alabama Chapter, American Statistical Association, Birmingham, Alabama, June 17, 1972.

The Overlapping Coefficient as a Measure of Agreement between Distributions, with S. Piantadosi. Alabama Chapter, American Statistical Association, Birmingham, Alabama, February 27, 1982.

Some Discrete Distributions Useful in Dentistry.  Caries Epidemiology and Clinical Trials Seminar Series, School of Dentistry, Winter, 1983.

Overlapping Coefficient:  A Measure of Agreement Between Distributions, with Steven Piantadosi and Henry F. Inman.  Biometric Society (ENAR), Spring Meeting, Nashville, March 20-23, 1983.

The Overlapping Coefficient as a Measure of Association in 2 x k Contingency Tables.  With H. Inman.  Alabama Chapter, American Statistical Association, Birmingham, Alabama, February 4, 1984.

Statistical Approaches for the Analysis of Anesthetic Mortality.  Anesthesiology Residents Research Conference, University of Alabama at Birmingham, Fall 1984.

Power Analysis in Statistics.  Anesthesiology Residents Research Conference, University of Alabama at Birmingham, Winter 1985.

PRESENTATIONS AND INVITED SEMINARS: (Continued)

Probit Analysis and Isoboles. Biostatistics Seminar Series, University of Alabama at Birmingham, Winter, 1986.

A Generalized and Unified Model for Predicting Long Term $^{222}$RN Concentrations from Short Term Screening Tests, with J.M. Hardin. Third Environmetrics Conference, Madison, Wisconsin, October, 1991.

The Flat Maximum Effect and Generic Linear Scoring Models: A Test, with George A. Overstreet and Robert S. Kemp. Conference on Credit Scoring and Credit Control II, University of Edinborough, Scotland, September, 1991.

TECHNICAL REPORTS:

Saw JG, **Bradley EL** (1969): The proportion of baulking customers in the queue GI/M/1 with baulking at queues of length N. Project Themis. Technical Report No. 15. University of Florida.

Saw JG, **Bradley EL** (1969): A reordering policy with instantaneous emergency delivery. Project Themis. Technical Report No. 16, University of Florida.

Lyle ES, Jr Patterson RM, Hicks DR, **Bradley EL** (1975): Polymorphic site index curves for natural sweetgum in Alabama. Agriculture Experiment Station, Auburn University. Circular 220, October.

PUBLICATIONS:

**Bradley EL** (1969): Queues with baulking and their application to an inventory problem. Doctoral dissertation, University of Florida.

Hunt DE, **Bradley EL**, Bachman JW (1970): Microbiological assay for estimating salivary concentrations of the cariostatic antibiotic actinobolin. *Applied Microbiology*, 20(4):583-586.

Legler DW, Mayhall CW, **Bradley EL** (1972): Behavioral characteristics of disadvantaged adult patients. *Journal of Public Health Dentistry*, 32(1):15-21.

Formicola AJ, Grupe HE, **Bradley EL**, Weatherford TW, Hunt DE (1972): A clinical evaluation of a proteolytic enzyme mouthwash on plaque and gingivitis in children. *The New York State Dental Journal*, 38(6):334-340.

**Bradley EL**, Saw JG (1972): Choosing the optimum lot size for a reordering policy with instantaneous emergency deliveries. *Technometrics*, 14 (4):931-934.

Stickley Jr AR, Mitchell RT, Health RG, Ingram CR, **Bradley EL** (1972): A method for appraising the bird repellency of 4-aminopyridine. *The Journal of Wildlife Management*, 36(4):1313-1316.

**Bradley EL** (1973): The equivalence of maximum likelihood and weighted least squares estimates in the exponential family. *Journal of the American Statistical Association*, 68(341):199-200.

Zuniga MA, Lopez H, Sandham HJ, **Bradley EL**, Koulourides T (1973): Calcium and phosphorous contents of dental plaques and microhardness changes of sample enamel in the human mouth. *Alabama Journal of Medical Sciences*, 10 (1):3-10.

<u>PUBLICATIONS</u> (Continued):

Thomas JP, **Bradley EL** (1973). Tetracycline effect on calcification of the molars of rat offspring. *Alabama Journal of Medical Sciences*, 10(1):89-97.

Ikeda T, Sandham HJ, **Bradley EL** (1973): Changes in streptococcus mutans and lactobacilli in plaque in relation to the initiation of dental caries in negro children. *Archs Oral Biology,* 18:555-556.

Robinson G E, **Bradley EL** (1974): TEAM vs. DAU: A study of clinical productivity. *Medical Care,* 12(8):693-708.

Sapsford RN, Blackstone EH, Kirklin JW, Karp RB, Kouchoukos NT, Pacifico AD, Roe CR, **Bradley EL** (1974): Coronary perfusion versus cold ischemic arrest during aortic valve surgery: A randomized study. *Circulation*, 49:1190-1199.

Balch CM, Morgan JM, Sterling WA, **Bradley EL**, Diethelm AG (1975): Kidney transplantation in patients with end stage congenital renal disease. *The American Journal of Surgery* 130:303-308.

Gonzalez M, Feagin F, **Bradley EL** (1975): Factors affecting mineral accretions in the enamel-solution interface. *Journal of Dental Research*, 54(Spec No B):B121-125

Turner ME, **Bradley EL,** Kirk KA, Pruitt KM (1976): A theory of growth. *Mathematical Biosciences*, 29:367-373.

Graham BV, Turner ME, Holland R, **Bradley EL,** Burdeshaw JA (1976): Wavelength discrimination derived from color naming. *Vision Research*, 16:559-562.

Andriopoulos NA, Mestecky J, Miller EJ, **Bradley EL** (1976): Antibodies to native and denatured collagens in sera of patients with rheumatoid arthritis. *Arthritis and Rheumatism*, 19(3):613-617.

Blackstone EH, Kirklin JW, **Bradley EL**, DuShane JW, Appelbaum A (1976): Optimal age and results of repair of large ventricular septal defects. *The Journal of Thoracic and Cardiovascular Surgery*, 72(5):661-679.

Feagin FF, Thiradilok S, Aponte-Merced L, **Bradley EL** (1977). Effects of bicarbonate on remineralization of enamel. *Journal of Oral Pathology*, 6:331-337.

Conrad ME, Knodell RG, **Bradley EL** (1977): Risk factors in transmission of non-A, non-B, posttransfusion hepatitis; the role of hepatitis B antibody in donor blood. *Transfusion,* 17(6):579-585.

Van Loon P, Klip W, **Bradley EL** (1977): Length-force and volume- pressure relationships of arteries. *Biorheology*, 14:181-201.

McGuire RA, Pretlow TG, Wareing TH, **Bradley EL** (1979): Hodgkin's cells and attached lymphocytes: A possible prognostic indicator in splenic tumor. *Cancer*, 44(1):183-187.

Retief DH, Barbakow FH, Friedman M, Bischoff JI, van der Merwe EHM, **Bradley EL** (1979): Kenhardt revisited - A study in a high fluoride area. *Journal of the Dental Association of South Africa*, 34:427- 433.

<u>PUBLICATIONS</u> (Continued):

Legler DW, Hughes ML, **Bradley EL** (1979): Utilization of prepaid dental health care by students in health professional schools. *American Journal of Public Health*, 69(10):1017-1020.

Retief DH, **Bradley EL**, Barbakow FH, Friedman M, van der Merwe EHM, Bischoff JI (1979): Relationships among fluoride concentration in enamel, degree of fluorosis and caries incidence in a community residing in a high fluoride area. *Journal of Oral Pathology*, 8:224-236.

Stilwell DJ, Irvin MD, Levitt RA, Cross K., **Bradley EL**, Horn C (1980): Naloxone and shuttlebox self-stimulation in the rat. *Pharmacology, Biochemistry and Behavior*, 13:739-742.

Williams JB, Karp RB, Kirklin JW, Kouchoukos NT, Pacifico AD, Zorn GL, Blackstone EH, Brown RN, Piantadosi S, **Bradley EL** (1980): Considerations in selection and management of patients undergoing valve replacement with glutaraldehyde-fixed porcine prostheses. *Annals of Thoracic Surgery*, 30(3):247-258.

Retief DH, Sorvas PG, **Bradley EL,** Taylor RE, Walker AR (1980): In vitro fluoride uptake, distribution and retention by human enamel after I- and 24-hour application of various topical fluoride agents. *Journal of Dental Research*, 59(3):573-582.

Piantadosi S, **Bradley EL** (1980): Letter to the Editor re: Mixed venous blood gases. *Annals of Emergency Medicine*, 9(11):597-598.

Green CL, Pretlow TP, Tucker KA, **Bradley EL**, Cook WJ, Pitts AM, Pretlow TG (1980): Large capacity separation of malignant cells and lymphocytes from the furth mast cell tumor in a reorienting zonal rotor. *Cancer Research*, 40:1791-1796.

Prchal J, Skalka H, Clements RS, **Bradley EL**, Conrad ME, Pittman C (1980): Diabetes and risk of cataract development. *Metabolic & Pediatric Ophthalmology*, 4:185-189.

Boots LR, Dollar JR, Cornwell PE, **Bradley EL** (1981): Transcervical endometrial biopsy in the baboon: effects on the menstrual cycle and relations to protein and dry matter content and histology. *Am J Primatology*, 1:427-437.

Legler DW, McGhee JR, Lynch DP, Mestecky JF, Schaefer ME, Carson J, **Bradley EL** (1981): Immunodeficiency disease and dental caries in man. *Arch Oral Biol*, 26:905-910.

Katz NM, Blackstone EH, Kirklin JW, **Bradley EL**, Lemons JE (1981): Suture techniques for atrioventricular valves. *Journal of Thoracic and Cardiovascular Surgery*, 81(4):528-536.

Navia JM, Lopez H, **Bradley EL** (1981): Biological rat assay for total fluoride availability in foods. *J Nutr*, 111:755-761.

Gibbs M, Retief DH, **Bradley EL**, Taylor RE, Walker AR (1981): In vivo enamel fluoride uptake from and caries inhibition by topical fluoride agents. *J Dent Res*, 60(4):770-775.

Sadowsky PL, Retief DH, **Bradley EL** (1981): Enamel fluoride uptake from orthodontic cements and its effect on demineralization. *Am J Orthod*, 79(5):523-534.

Zampella EJ, **Bradley EL**, Pretlow, T.G. (1982): Glucose-6-phosphate dehydrogenase: a possible clinical indicator for prostatic carcinoma. *Cancer*, 49(2):384-387.

<u>PUBLICATIONS</u> (Continued):

Moore MR, Conrad ME, **Bradley EL**, Prchal JT (1982):   Studies of nicotinamide adenine dinucleotide methemoglobulin reductase activity in a jewish population.  *Amer J of Hematology,* 12:13-18.

Benediktsson S, Retief DH, **Bradley EL**, Switzer P (1982): The effect of contact time of acidulated phosphate fluoride on fluoride concentration in human enamel.  *Archs Oral Biology,* 27:567-572.

Whitehurst GB, Mashburn JP, Pretlow TG, **Bradley EL**, Boohaker EA (1982):   Prostatic hexosaminidase activity in patients with benign prostatic hyperplasia and prostatic carcinoma. *Cancer Research*, 42:4300-4303.

Pretlow TG, Whitehurst GB, Pretlow TP, Hunt RS, Jacobs JM, McKenzie DR, McDaniel HG, Hall LM, **Bradley EL** (1982):  Decrease in creatine kinase in human prostatic carcinoma compared to benign prostatic hyperplasia.  *Cancer Research*, 42:4842-4848.

Sadowsky PL, Retief DH, **Bradley EL**, (1983):   Acid resistance of enamel exposed to fluoride-containing orthodontic cements.  *Amer J Orthod*, 83(1):33-37.

Retief DH, **Bradley EL**, Holbrook M, Switzer P (1983):  Enamel floride uptake, distribution and retention from topical fluoride agents.  *Caries Research*, 17:44-51.

Boots LR, Cornwell PE, Donahue MA, **Bradley EL** (1983): Vitamin fluctuations in the blood of female baboons in relation to normal menstrual cycles, treatments with lo-ovral or depo-provera and a selected vitamin supplement.  *The American Journal of Clinical Nutrition*, 37:518-531.

Blackwell RE, **Bradley EL**, Kline LB, Duvall ER, Vitek JJ, Devane GW, Chang RJ (1983): Comparison of dopamine agonists in the treatment of hyperprolactinemic syndromes: a multicenter study.  *Fertility and Sterility*, 39(6):744-748.

Harris BE, Pretlow TP, **Bradley EL**, Whitehurst GB, Pretlow TG (1983):  Arginase activity in prostatic tissue of patients with benign prostatic hyperplasia and prostatic carcinoma.  *Cancer Research*, 43:3008-3012.

Marshall  AG, Kissin I, Reves JG, **Bradley EL**, Blackstone EH (1983): Interaction between negative inotropic effects of halothane and nifedipine in the isolated rat heart.  *Journal of Cardiovascular Pharmacology*, 5:592-597.

Hsieh S, Navia JM, **Bradley EL** (1983): Biological assay for zinc availability in wheat germ. *Science of the Total Environment*, 28:393-398.

Kansal S, Roitman D, **Bradley EL**, Sheffield LT (1983): Enhanced evaluation of treadmill tests by means of scoring based on multivariate analysis and its clinical application: a study of 608 patients. *American Journal of Cardiology*, 52(10): 1155-1160.

Fox LS, Blackstone EH, Kirklin JW, Bishop SP, Bergdahl LAL, **Bradley EL** (1984):  Relationship of brain blood flow and oxygen consumption to perfusion flow rate during profoundly hypothermic cardiopulmonary bypass.  *Journal of Thoracic and Cardiovascular Surgery*, 87(5):658-664.

Rodgers-Neame NT, **Bradley EL**, Blackwell RE (1984):  Long-term monolayer culture of human anterior pituitary cells:  Functional validation of a method.  *Fertility and Sterility*, 41(1):75-80.

<u>PUBLICATIONS</u> (Continued):

Ostrom CA, Koulourides T, Retief DH, **Bradley EL** (1984): Enamel fluoride uptake and acid resistance in subjects with high and low experimental cariogenicity. *Journal of Dental Research*, 63(2):133-136.

Retief DH, **Bradley EL**, Denton JC, Switzer P (1984): Enamel and cementum fluoride uptake from a glass ionomer cement. *Caries Research*, 18:250-257.

Retief DH, Brown R, Harris BE, **Bradley EL** (1984): Fluoride distribution in enamel and cementum of human fluorosed and nonfluorosed mandibular molar teeth. *Journal of the Dental Association of South Africa*, 39:237-240.

Bradley DH, **Bradley EL**, Naftel DC (1984): A generalized Gompertz-Rayleigh model as a survival distribution. *Mathematical Biosciences*, 70(2):195-202.

Gelman S, Rimerman V, Fowler KC, Bishop SP, **Bradley EL** (1984): The effect of halothane, isoflurane, and blood loss on hepatotoxicity and hepatic oxygen availability in phenobarbital-pretreated hypoxic rats. *Anesthesia and Analgesia*, 63:965-72.

Pretlow TP, Boohaker EA, Pitts AM, Macfadyen AJ, **Bradley EL**, Pretlow TG (1984): Heterogeneity and subcompartmentalization in the distribution of eosinophils in human colonic carcinomas. *Am J Pathol*, II6:207-213.

Gross JD, Retief DH, **Bradley EL** (1984): An optimal concentration of phosphoric acid as an etching agent. Part II. Microleakage studies. *Journal of Prosthetic Dentistry*, 52(6):786-789.

Marshall WG, Kouchoukos NT, Pollock SB, **Bradley EL** (1984): Early results of valve replacement with the Bjork-Shiley convexoconcave prosthesis. *Annals of Thoracic Surgery*, 37(5): 398-403.

Gottlieb EW, Retief DH, **Bradley EL** (1985): Microleakage of conventional and high-copper amalgam restorations. *Journal of Prosthetic Dentistry*, 53(3):355-361.

Gross JD, Retief DH, **Bradley EL** (1985): Microleakage of posterior composite restorations. *Dental Materials*, 1:7-10.

**Bradley EL** (1985): Overlapping coefficient in *Encyclopedia of Statistical Sciences*, Vol. 6. S. Kotz, N.L. Johnson, C.B. Read, Editors. John Wiley and Sons: New York.

Menkhaus PG, Reves JG, Kissin I, Alvis JM, Govier AV, Samuelson PN, Lel, WA, Henling CE, **Bradley EL** (1985): Cardiovascular effects of esmolol in anesthetized humans. *Anesthesia and Analgesia*, 64:327-334.

Tverskoy M, Gelman S, Fowler KC, **Bradley EL** (1985): Influence of fentanyl and morphine on intestinal circulation. *Anesthesia and Analgesia*, 64:577-584.

Rodgers-Neame N, Duncan SF, **Bradley EL**, Blackwell RE (1985): In vitro and in vivo evaluation of latex condoms using a two-phase nonoxynol 9 system. *Fertility and Sterility*, 43 (6):931-936.

Tverskoy M, Gelman S, Fowler KC, **Bradley EL** (1985): Intestinal circulation during inhalation anesthesia. *Anesthesiology*, 62:462-469.

<u>PUBLICATIONS</u> (Continued):

Retief DH, Summerlin DJ, Harris BE, **Bradley EL** (1985):  An evaluation of three procedures for fluoride analysis. *Caries Research,* 19:248-254.

Bryant S, Retief DH, **Bradley EL**, Denys FR (1985):  The effect of topical fluoride treatment on enamel fluoride uptake and the tensile bond strength of an orthodontic bonding resin.  *American Journal of Orthodontics,* 87(4):294-302.

Retief DH, Harris BE, **Bradley EL**, Denys FR (1985):  Pyruvic acid as an etching agent in clinical dentistry. *Journal of Biomedical Materials Research*, 19:335-348.

Retief DH, Harris BE, **Bradley EL** (1985):  In vitro enamel fluoride uptake from topical fluoride agents.  *Dental Materials*, 1:93-97.

Tverskoy M, Gelman S, Fowler KC, **Bradley EL** (1985):  Effects of anesthesia induction drugs on circulation in denervated intestinal loop preparation.  *Can Anesth Soc J*, 32 (5):516-524.

Pretlow TG, Harris BE, **Bradley EL**, Bueschen AJ, Lloyd KL, Pretlow TP (1985):  Enzyme activities in prostatic carcinoma related to Gleason grades.  *Cancer Research*, 45:442-446.

Person DL, Kissin I, Brown PT, Xavier AV, Vinik HR, **Bradley EL** (1985):  Morphine-caffeine analgesic interaction in rats. *Anesthesia and Analgesia*, 64:851-856.

Essig ME, Bodden WR, **Bradley EL**, Koulourides T, Housch T (1985):  Enamel microhardness change and plaque pH measurements in an intra-oral model in humans.  *Journal of Dental Research*, 64 (8):1065-1068.

Davis RO, Cosper P, Huddleston JP, **Bradley EL**, Finley SC, Finley WH, Milunsky A (1985)  Decreased levels of amniotic alpha-fetoprotein associated with down syndrome. *American Journal of Obstetrics and Gynecology*, 153(5):541-544.

Alvis JM, Reves JG, Govier AV, Menkhaus PG, Henling CE, Spain JA, **Bradley EL** (1985) Computer assisted continuous infusions of fentanyl during cardiac anesthesia:  Comparison with a manual method. *Anesthesiology*, 63:41-49.

Adams P, Gelman S, Reves JG, Greenblatt DJ, Alvis JM, **Bradley EL** (1985):  Midazolam pharmacodynamics and pharmacokinetics during acute hypovolemia. *Anesthesiology*, 63(2): 140-146.

Luebbers EL, Pretlow TP, Emancipator SN, Boohaker EA, Pitts AM, Macfadyen AJ, **Bradley EL**, Pretlow TG 2nd (1985): Heterogeneity and prognostic significance of macrophages in human colonic carcinomas. *Cancer Research*, 45(10): 5196-5200.

Castillo R, Kissin I, **Bradley EL** (1986):  Selective kappa opioid agonist for spinal analgesia without the risk of respiratory depression. *Anesthesia and Analgesia*, 65:350-354.

Samuelson PN, Reves JG, Kirklin JK, **Bradley EL**, Wilson KD, Adams M (1986):  Comparison of sufentanil and enflurane-nitrous oxide anesthesia for myocardial revascularization. *Anesthesia and Analgesia*, 65:217-226.

<u>PUBLICATIONS</u> (Continued):

Kissin I, Mason JO, **Bradley EL** (1986):  Morphine and fentanyl interactions with thiopental in relation to movement response to noxious stimulation. *Anesthesia and Analgesia,* 65:1149-1154.

Jebeles JA, Kissin I, **Bradley EL** (1986):  Spinal and supraspinal mechanisms for morphine-pentobarbital antinociceptive interaction in relation to cardiac acceleration response in rats. *Anesthesia and Analgesia*, 65:601-604.

Thornton JB, Retief DH, **Bradley EL**, Denys FR (1986): The effect of fluoride in phosphoric acid on enamel fluoride uptake and the tensile bond strength of an orthodontic bonding resin. *American Journal of Orthodontics and Dentofacial Orthopedics,* 90 (2):91-101.

Thornton JB, Retief DH, **Bradley EL** (1986):  Fluoride release from and tensile bond strength of Ketac-Fil and Ketac-Silver to enamel and dentin. *Dental Materials*, 2:241-245.

Retief DH, Gross JD, **Bradley EL**, Denys FR (1986):   Tensile bond strengths of dentin bonding agents to dentin. *Dental Materials*, 2(2):72-77.

Blackwell RE, Rodgers-Neame NT, **Bradley EL**, Asch RH (1986): Regulation of human prolactin secretion by gonadotropin-releasing hormone in vitro. *Fertility & Sterility*, 46(1): 26-31.

Kissin I, Mason JO, Vinik HR, McDanal J, **Bradley EL** (1987): Barbituates inhibit stress-induced analgesia.  *Canadian Journal of Anesthesia*, 34(2):146-151.

Boots LR, Donahue MA, Cornwell PE, **Bradley EL** (1987):  Serum and endometrial aspartate aminotransferase, glutathione reductase and thiamine transketolase activity during the normal menstrual cycle of the baboon. *Journal of the Alabama Academy of Science*, 58 (4):163-173.

Kissin I, Mason III JO, **Bradley EL** (1987):  Pentobarbital and thiopental anesthetic interactions with midazolam.  *Anesthesiology*, 67(1):26-31.

Daghero AM, **Bradley EL**, Kissin I (1987): Midazolam antagonizes the analgesic effect of morphine in rats.  *Anesth Analg*, 66:944-947.

Kissin I, McDanal J, Brown PT, Xavier AV, **Bradley EL** (1987):  Sympathetic blockade increases tactile sensitivity. *Anesth Analg*, 66:1251-1255.

Kissin I, Mason III JO, **Bradley EL** (1987):   Morphine and fentanyl hypnotic interactions with thiopental. *Anesthesiology*, 67:331-335.

Brewer KP, Retief DH, Wallace MC, **Bradley EL** (1987): Cementum fluoride uptake from topical fluoride agents. *Gerodontics*, 3:212-214.

Retief DH, Harris BE, **Bradley EL** (1987): Relationship between enamel fluoride concentration and dental caries experience.  *Caries Research*, 2:68-78.

O'Brien JA, Retief DH, **Bradley EL**, Denys FR (1987):  Effects of saliva contamination and phosphoric acid composition on bond strength.  *Dental Materials,* 3:296-302.

Smith RA, Bellezza JJ, Capilouto ML, **Bradley EL**, Denys FR, Retief DH (1987): A clinical study of the composite/bonding resin-tooth interface. *Dental Materials*, 3(4):218-223.

PUBLICATIONS (Continued):

Gelman S, Dillard E, **Bradley EL** (1987): Hepatic circulation during surgical stress and anesthesia with halothane, isoflurane, or fentanyl. *Anesthesia & Analgesia*, 66(10): 936-943.

Hursh D, Gelman S, **Bradley EL** (1987): Hepatic oxygen supply during halothane or isoflurane anesthesia in guinea pigs. *Anesthesiology*, 67(5): 701-706.

Thornton JB, Retief DH, **Bradley EL** (1988): Marginal leakage of two glass ionomer cements:Ketac-Fil and Ketac-Silver.  *Am J Dent,* 1:35-38.

Wheeler DM, **Bradley EL**, Woods WT (1988): The electrophysiologic actions of lidocaine and bupivacaine in the isolated, perfused canine heart.  *Anesthesiology*, 68:201-212.

Tverskoy M, Fleyshman G, **Bradley EL,** Kissin I (1988):  Midazolam-Thiopental anesthetic interaction in patients.  *Anesth Analg*, 67:342-345.

Wallace MC, Retief DH, **Bradley EL** (1988): Enamel flouride distribution in human maxillary permanent first molars. *Journal of the Dental Association of South Africa*, 43:153-156.

Wallace MC, Retief DH, **Bradley EL** (1988): Prevalence of root caries in a population of older adults. *Gerodontics,* 4:84-89.

Wallace MC, Retief DH, **Bradley EL** (1988): Incidence of root caries in older adults.  *Hawaii Dental Journal*, 19(8):8.

Aldrete JA, Leite JAA, Pappas AL, Castillo RA, **Bradley EL** (1988):  Mudancas no fluxo de gases frescos afetam o volume corrente liberado pelo ventilador durante anestesia. *Revista Brasileira de Anestesiologia*, 38 (5):311-313.

Beck DE, **Bradley EL**, Farringer JA (1988): Predicting need for pharmacokinetic consultation follow-up using discriminant analysis. *Clinical Pharmacy*, 7:681-688.

Retief DH, Wallace MC, Brewer KP, **Bradley EL** (1988): Relationship between cemetum fluoride concentration and root caries experience.  *Gerodontics*, 4:28-31.

O'Brien JA, Retief DH, **Bradley EL**, Denys FR (1988): Shear bond strength of a new dentin bonding restorative system.  *Dental Materials*, 4:179-183.

Bastos PA, Retief DH, **Bradley EL**, Denys FR (1988):  Effect of etch duration on the shear bond strength of a microfill composite resin to enamel.  *American Journal of Dentistry*, 1(4):151-157.

Retief DH, Bastos PA, **Bradley EL,** Denys FR (1988):  Shear bond strength of Scotchbond 2/Silux to Dentin. *American Journal of Dentistry*, 1(6): 245-253.

Gelman S, Rabbani S, **Bradley EL** (1988): Inferior and superior vena caval blood flows during cross-clamping of the thoracic aorta in pigs. *Journal of Thoracic & Cardiovascular Surgery*, 96(3): 387-392.

Holm A, **Bradley EL**, Aldrete JS (1989): Hepatic resection of metastasis from colorectal carcinoma: Morbidity, mortality, and pattern of recurrence.  *Ann Surg*, 209 (4):428-434.

<u>PUBLICATIONS</u> (Continued):

Tverskoy M, Fleyshman G, Ezry J, **Bradley EL**, Kissin I (1989): Midazolam-morphine sedative interaction in patients. *Anesth Analg*, 68:282-5.

Kissin LC, Brown PT, **Bradley EL**, Robinson CA, Cassady JL (1989): Diazepam-morhpine hypnotic synergism in rats. *Anesthesiology*, 70 (4):689-694.

Rackley RR, Lewis TJ, Preston EM, Delmoro CM, **Bradley EL**, Resnick MI, Pretlow TP, Pretlow TG (1989): 5'-Nucleotidase activity in prostatic carcinoma and benign prostatic hyperplasia. *Cancer Research*, 49:3702-7.

Blackwood LG, **Bradley EL** (1989): The equivalence of two methods of parameter estimation for the Rasch Model. *Psychometrika*, 54(4):751-4.

**Bradley EL**, Blackwood LG (1989): Comparing paired data: A simultaneous test for means and variances. *The American Statistician*, 43(4):234-5.

Inman HF, **Bradley EL** (1989): The overlapping coefficient as a measure of agreement between probability distributions and point estimation of the overlap of two normal densities. *Communications in Statistics*, 18(10):3851-74.

Vinik HR, **Bradley EL**, Kissin I (1989): Midazolam-alfentanil synergism for anesthetic induction in patients. *Anesth Analg*, 69:213-7.

McGinnis MC, **Bradley EL**, Pretlow TP, Ortiz-Reyes R, Bowden CJ, Stellato TA, Pretlow II TG (1989): Correlation of stromal cells by morphometric analysis with metastatic behavior of human colonic carcinoma. *Cancer Research*, 49:5989-93.

Kissin I, **Bradley EL**, Reves JG (1989): Does anesthesia contribute to operative mortality? *JAMA*, 262(7):902.

Pearson JP, Pretlow TP, **Bradley EL**, McGinnis MC, Pretlow TG (1989): Beta-glucuronidase activity in prostatic carcinoma and benign prostatic hyperplasia. *Cancer*, 64(4):911-5.

Legler LR, Retief DH, **Bradley EL**, Denys FR, Sadowsky PL (1989): Effects of phosphoric acid concentration and etch duration on the shear strength of an orthodontic bonding resin to enamel. An in vitro study. *American Journal of Orthodontics & Dentofacial Orthopedics*, 96(6): 485-492.

Retief DH, Wendt SL, **Bradley EL**, Denys FR (1989): The effect of storage media and duration of storage of extracted teeth on the shear bond strength of Scotchbond 2/Silux to dentin. *American Journal of Dentistry*, 2(5):269-273.

Retief DH, Wendth SL, **Bradley EL** (1989): Effect of adhesive thickness on the shear bond strength of Scotchbond 2/Silux to dentin. *American Journal of Dentistry*, 2(6):341-344.

Gregoretti S, Gelman S, Dimick A, **Bradley EL** (1989): Hemodynamic changes and oxygen consumption in burned patients during enflurane or isoflurane anesthesia. *Anesth Analg*, 69(4):431-436.

<u>PUBLICATIONS</u> (Continued):

Ebert JP, Pearson JD, Gelman S, Harris C, **Bradley EL** (1989): Circulatory responses to laryngoscopy: the comparative effects of placebo, fentanyl and esmolol. *Canadian Journal of Anaesthesia*, 36(3 Pt 1): 301-306.

Reshef E, Daniel WW, Foster JC, **Bradley EL**, Blackwell RE, Younger JB (1989): Comparison between 1-hour and 24-hour follow-up radiographs in hysterosalpingography using oil based contrast media. *Fertility & Sterility*, 52(5): 753-755.

Thornton JB, al-Zahid S, Campbell VA, Marchetti A, **Bradley EL** (1989): Oral hygiene levels and periodontal disease prevalence among residents with mental retardation at various residential settings. *Special Care in Dentistry*, 9(6): 186-190.

Rackley RR, Lewis TJ, **Bradley EL**, Levin HS, Resnick MI, Pretlow TP, Pretlow II TG (1990): Enzymatic activities in extracts of small (20±5mg) samples of prostatic carcinoma. *Analytical Biochemistry*, 184:128-134.

Azziz R, Rafi A, Smith BR, **Bradley EL**, Zacur HA (1990): On the origin of the elevated 17-hydroxyprogesterone levels after adrenal stimulation in hyperandrogenism. *J of Clinical Endocrinology & Metabolism*, 70(2):431-6.

Tverskoy M, Cozacov C, Ayache M, **Bradley EL**, Kissin I (1990): Postoperative pain after inguinal herniorrhaphy with different types of anesthesia. *Anesth Analg,* 70:29-35.

Azziz R, **Bradley EL**, Huth J, Boots LR, Parker CR, Zacur HA (1990): Acute adrenocorticotropin -(1-24) (ACTH) adrenal stimulation in eumenorrheic women: Reproducibility and effect of ACTH dose, subject weight, and sampling time. *J of Clinical Endocrinology and Metabolism*, 70(5):1273-1279.

Retief DH, Mandras RS, Smith LA, Marchman JL, **Bradley EL**, Russell CM (1990): Shear bond strengths of the tenure dentin bonding systems. *Am J Dent*, 3:138-142.

Roytblat L, Gelman S, **Bradley EL**, Henderson T, Parks D (1990): Dopamine and hepatic oxygen supply-demand relationship. *Can J Physiol Pharmacol*, 68:1165-1169.

Sadowsky PL, Retief DH, Cox PR, Hernandez-Orsini R, Rape WG, **Bradley EL** (1990): Effects of etchant concentration and duration on the retention of orthodontic brackets: an in vivo study. *Am J Orthod Dentofac Orthop,* 98:417-21.

Bellezza JJ, McCartha CD, **Bradley EL**, Denys FR, Retief DH (1990): Four-year in vivo evaluation of the composite/bonding resin-tooth interface. *Dent Mater*, 6:237-240.

Legler LR, Retief DH, **Bradley EL** (1990): Effects of phosphoric acid concentration and etch duration on enamel depth of etch: An in vitro study. *Am J Orthod Dentofac Orthop*, 98:154-60.

Kissin I, Brown PT, **Bradley EL** (1990): Morphine and fentanyl anesthetic interactions with diazepam: Relative antagonism in rats. *Anesth Analg*, 71:236-41.

Kissin I, Brown PT, **Bradley EL** (1990): Sedative and hypnotic midazolam-morphine interaction in rats. *Anesth Analg*, 71:137-43.

<u>PUBLICATIONS</u> (Continued):

Kissin I, Vinik HR, Castillo R, **Bradley** EL (1990):   Alfentanil potentiates midazolam-induced unconsciousness in subanalgesic doses.  *Anesth Analg*, 71:65-9.

Fowler WK, **Bradley EL,** (1990):  Laboratory control of analytical method inaccuracy with respect to a given inaccuracy standard.  *Am Ind Hyg Assoc J,* 51(3):127-31.

McCaghren RA, Retief DH, **Bradley EL**, Denys FR (1990):  Shear bond strength of light-cured glass ionomer to enamel and dentin.  *Journal of Dental Research*, 69(1):40-45.

Gregoretti S, Gelman S, Henderson T, **Bradley EL** (1990): Hemodynamics and oxygen uptake below and above aortic occlusion during crossclamping of the thoracic aorta and sodium nitroprusside infusion. *Journal of Thoracic and Cardiovascular Surgery*, 100(6):830-836.

Nagano K, Gelman S, Parks D, **Bradley EL** (1990): Hepatic circulation and oxygen supply-uptake relationships after hepatic ischemic insult during anesthesia with volatile anesthetics and fentanyl in miniature pigs. *Anesthesia & Analgesia*, 70(1): 53-62.

Nagano K, Gelman S, Parks DA, **Bradley EL** (1990): Hepatic oxygen supply-uptake relationship and metabolism during anesthesia in miniature pigs. *Anesthesiology*, 72(5): 902-910.

Nagano K, Gelman S, **Bradley EL**, Parks D (1990): Hypothermia, hepatic oxygen supply-demand, and ischemia-reperfusion injury in pigs. *American Journal of Physiology*, 258(6 pt 1): G910-918.

Mehta D, **Bradley EL,** Kissin I (1991):   Effect of alfentanil on hypnotic and antinociceptive components of thiopental sodium anesthesia.  *Journal of Clinical Anesthesia*, 3(4):280-4.

Roytblat L, Gelman S, Henderson T, **Bradley EL** (1991):  Humoral factors and hemodynamics during cross-clamping of the thoracic aorta.  *Journal of Cardiothoracic and Vascular Anesthesia*, 5(1):10-14.

Azziz R, Boots LR, Parker CR, **Bradley EL**, Zacur HA (1991):   11β-hydroxylase deficiency in hyperandrogenism.  *Fertil Steril*, 55(4):733-41.

Kissin I, Brown PT, Robinson A,  **Bradley EL** (1991):  Acute tolerance in morphine analgesia: Continuous infusion and single injection in rats.  *Anesthesiology*, 74(1):166-71.

Blackwood LG, **Bradley EL** (1991):  An omnibus test for comparing two measuring devices." *Journal of Quality Technology*, 23(1):12-16.

Azziz R, Gay F, Potter SR,  **Bradley E**, Boots LR (1991):   The effects of prolonged hypertestosteronemia on adrenocortical biosynthesis in oophorectomized women.  *Journal of Clinical Endocrinol Metab*, 72(5):1025-30.

Azziz R, Zacur HA, Parker CR, **Bradley EL**, Boots LR (1991):  Effect of obesity on the response to acute adrenocorticotropin stimulation in eumenorrheic women. *Fertility and Sterility*, 56(3):427-33.

Inman HF, **Bradley EL** (1991):  Approximations to the mean and variance of the index of dissimilarity in 2 x C tables under a random allocation model. *Sociological Methods and Research*, 20(2):242-55.

<u>PUBLICATIONS</u> (Continued):

Rackley RR, Yang B, Pretlow TG, Abdul-Karim FW, Lewis TJ, McNamara N, Delmoro CM, **Bradley EL**, Kursh E, Resnick MI, Pretlow TP (1991): Differences in the leucine aminopeptidase activity in extracts from human prostatic carcinoma and benign prostatic hyperplasia. *Cancer*, 68(3):587-93.

Kissin I, Vinik HR, **Bradley EL** (1991): Midazolam potentiates thiopental sodium anesthetic induction in patients. *Journal of Clinical Anesthesiology*, 3(5):367-70.

Kissin I, Brown PT, Robinson CA, **Bradley EL** (1991): Acute tolerance to the hypnotic effect of morphine in rats. *Anesth Analg*, 73(5):619-21.

Kissin I, Brown PT, **Bradley EL** (1991): Magnitude of acute tolerance to opioids is not related to their potency. *Anesthesiology*, 75(5):813-16.

Jebeles JA, Reilly JS, Gutierrez JF, **Bradley EL**, Kissin I (1991): The effect of pre-incisional infiltration of tonsils with bupivacaine on the pain following tonsillectomy under general anesthesia. *Pain*, 47(3):305-8.

Buyalos RP, **Bradley EL**, Judd HL, Zacur HA, Azziz R (1991): No acute effect of physiological insulin increase on dehydroepiandrosterone sulfate in women with obesity and/or polycystic ovarian disease. *Fertility and Sterility*, 56(6):1179-82.

Pretlow TG, Pretlow TP, Yang B, Kaetzel CS, Delmoro CM, Kamis SM, Bodner DR, Kursh E, Resnick MI, **Bradley EL** (1991): Tissue concentrations of prostate-specific antigen in prostatic carcinoma and benign prostatic hyperplasia. *Int J Cancer*, 49:645-9.

Gregoretti S, Henderson CT, **Bradley EL** (1991): Simultaneous cardiac output measurements by transtracheal doppler, electromagnetic flow meter, and thermodilution during various hemodynamic states in pigs. *Anesth Analg*, 73(4):455-459.

Stinnett EA, Childers NK, Wright JT, Rodu BK, **Bradley EL** (1992): The detection of oral Candida in pediatric leukemia patients. *Pediatric Dentistry*, 14(4):236-9.

Kissin I, Brown PT, **Bradley EL** (1992): Locomotor activity after recovery from hypnosis: midazolam-morphine versus midazolam. *Anesthesia and Analgesia*, 75(6):929-31.

Roytblat L, Katz J, Rozentsveig V, Gesztes T, **Bradley EL**, Kissin I (1992): Anaesthetic interaction between thiopentone and ketamine. *European Journal of Anaesthesiology*, 9(4):307-12.

Mansson-Rahemtulla B, Techanitiswad T, Rahemtulla T, McMillan TO, **Bradley EL**, Wahlin YB (1992): Analysis of salivary components in leukemia patients receiving chemotherapy. *Oral Surgery, Oral Medicine, and Oral Pathology*, 73(1):35-46.

Borton TE, Eby TL, Ball EV, Nolen BL, **Bradley EL** (1992): Stimulus repetition rate effect on the auditory brainstem response in systemic lupus erythematosus. *Laryngoscope*, 102(3):335-339.

Overstreet GA, **Bradley EL**, Kemp RS (1992): The flat maximum effect and generic linear scoring models: A test. *IMA Journal of Mathematics Applied in Business and Industry*, Edited by LC Thomas, S McKee, 4(1):97-109.

<u>PUBLICATIONS</u> (Continued):

Overstreet GA, **Bradley EL** (1992): The applicability of generic linear scoring models in the credit union environment: Further tests. Credit Union Proceedings, University of Virginia, October 2.

Mehta D, **Bradley EL**, Kissin I (1993): Metoclopramide decreases thiopental hypnotic requirements. *Anesthesia and Analgesia*, 77(4):784-7.

Wallace MC, Retief DH, **Bradley EL** (1993): The 48-month increment of root caries in an urban population of older adults participating in a preventive dental program. *Journal of Public Health Dentistry*, 53(3):133-7.

Balschi JA, Henderson T, **Bradley EL**, Gelman S (1993): Effects of crossclamping the descending aorta on the high-energy phosphates of myocardium and skeletal muscle. A phosphorus 31-nuclear magnetic resonance study. *Journal of Thoracic and Cardiovascular Surgery*, 106(2):346-56.

Kissin I, Brown PT, **Bradley EL** (1993): Does midazolam inhibit the development of acute tolerance to the analgesic effect of alfentanil? *Life Sciences*, 52(8):PL55-60.

Jebeles JA, Reilly JS, Gutierrez JF, **Bradley EL**, Kissin I (1993): Tonsillectomy and adenoidectomy pain reduction by local bupivacaine infiltration in children. *International Journal of Pediatric Otorhinolaryngology*, 25(1-3):149-54.

Azziz R, **Bradley EL**, Potter HD, Boots LR (1993): 3$\beta$-Hydroxysteroid dehydrogenase deficiency in hyperandrogenism. *The American Journal of Obstetrics and Gynecology*, 168:889-895.

Colburn N, Meyer RD, Wrigley M, **Bradley EL** (1993): Should motorcycles be operated within the legal alcohol limits for automobiles? *Journal of Trauma*, 35(2):183-6.

Kissin I, Stanski DR, Brown PT, **Bradley EL** (1993): Pentobarbital-morphine anesthetic interactions in terms of intensity of noxious stimulation required for arousal. *Anesthesiology*, 78(4):774-749.

Alonso JE, Davila R, **Bradley EL** (1994): Extended iliofemoral versus triradiate approaches in management of associated acetabular fractures. *Clinical Orthopaedics and Related Research*, 305:81-7.

Azziz R, Potter HD, **Bradley EL**, Boots LR (1994): $\Delta$5-Androstene-3$\beta$, 17$\beta$-diol in healthy eumenorrheic women: Relationship to body mass and hormonal profile. *Fertility and Sterility*, 62(2):321-326.

Rogers WJ, Dean LS, Moore PB, Wool KJ, Burgard SL, **Bradley EL** (1994): Comparison of primary angioplasty versus thrombolytic therapy for acute myocardial infarction. Alabama Registry of Myocardial Ischemia Investigators. *The American Journal of Cardiology*, 74(2):111-118.

Russell CM, Williamson DF, Bartko JJ, **Bradley EL** (1994): Simulation study of a panel of reliability indicators applied to paired measurements. *American Journal of Human Biology*, 6:311-320.

Inman HF, **Bradley EL** (1994): Hypothesis tests and confidence interval estimates for the overlap of two normal distributions with equal variances. *Environmetrics*, 5:167-189.

<u>PUBLICATIONS</u> (Continued):

Whitaker JN, Williams PH, Layton BA, McFarland HF, Stone LA, Smith ME, Kachelhofer RD, **Bradley EL**, Burgard S, Zhao G, Paty DW (1994): Correlation of clinical features and findings on cranial magnetic resonance imaging with urinary myelin basic protein-like material in patients with multiple sclerosis. *Annals of Neurology*, 35(5):577-85.

Tverskoy M, Oz Y, Isakson A, Finger J, **Bradley EL**, Kissin I (1994): Preemptive effect of fentanyl and ketamine on postoperative pain and wound hyperalgesia. *Anesth Analg*, 78:205-9.

Vinik HR, **Bradley EL**, Kissin I (1994): Triple anesthetic combination: Propofol-midazolam-alfentanil. *Anesth Analg*, 78(2):354-8.

Henzlova MJ, Blackburn GH, **Bradley EL**, Rogers WJ (1994): Patient perception of a long-term clinical trial: Experience using a close-out questionnaire in the studies of left ventricular dysfunction (SOLVD) trial. *Controlled Clinical Trials*, 15:284-293.

Azziz R, **Bradley EL**, Potter HD, Parker CR, Boots LR (1995): Chronic hyperinsulinemia and the adrenal androgen response to acute corticotropin-(1-24) stimulation in hyperandrogenic women. *American Journal of Obstetrics and Gynecology*, 172(4):1251-6.

Robinson OG, **Bradley EL**, Wilson DS (1995): Analysis of explanted silicone implants: A report of 300 patients. *Annals of Plastic Surgery*, 34:1-7.

Azziz R, **Bradley EL**, Potter HD, Boots LR (1995): Adrenal androgen excess in women: Lack of role for 17-hydroxylase and 17,20-lyase dysregulation. *Journal of Clinical Endocrinology and Metabolism*, 80(2):400-405.

Azziz R, Ochoa TM, **Bradley EL**, Potter HD, Boots LR (1995): Leuprolide and estrogen versus oral contraceptive pills for the treatment of hirsutism: A prospective randomized study. *Journal of Clinical Endocrinology and Metabolism*, 80:3406-3411.

Whitaker JN, Kachelhofer RD, **Bradley EL**, Burgard SL, Layton BA, Reder AT, Morrison W, Zhao GJ, Paty DW (1995): Urinary myelin basic protein-like material as a correlate of the progression of multiple sclerosis. *Annals of Neurology*, 38:625-632.

Weinbroum A, Nielsen VG, Tan S, Gelman S, Matalon S, Skinner KA, **Bradley EL**, Parks DA (1995): Liver Ischemia-reperfusion increases pulmonary permeability in the rat: Role of circulating xanthine oxidase. *American Journal of Physiology*, 268:G988-G996.

Balschi JA, Hetherington HP, **Bradley EL**, Pohost GM (1995): Water-suppressed one-dimensional $^1$H NMR chemical shift imaging of the heart before and after regional ischemia. *NMR in Biomedicine*, 8(2):79-86.

Gregoretti S, **Bradley EL** (1996): The significance of microemboli detection by means of transcranial doppler ultrasonography monitoring in carotid endarterectomy, by R.G.A. Ackerstaff <u>et al</u>. Letter to the editor of the *Journal of Vascular Surgery*, 23(4):734-735.

Everson MP, **Bradley EL**, Blackburn WD (1996): Silicone gel and hypersensitivity (letter). *Plastic and Reconstructive Surgery*, 98(1): 1324-1325.

<u>PUBLICATIONS</u> (Continued):

Overstreet GA and **Bradley EL** (1996):  Applicability of generic linear scoring models in the U.S. credit-union environment. *IMA Journal of Mathematics Applied in Business & Industry.* 7:291-311.

Kissin I, Lee SS, Arthur GR and **Bradley EL** (1996):  Time course characteristics of acute tolerance development to continuously infused alfentanil in rats. *Anesth Analg*, 83:600-605.

Balschi JA, Hai JO, Wolkowicz PE, Straeter-Knowlen I, Evanochko WT, Caulfield JB, **Bradley EL**, Ku DD and Pohost GM (1997):  1H NMR measurement of triacylglycerol accumulation in the post-ischemic canine heart after transient increase of plasma lipids. *Journal of Molecular and Cellular Cardiology.* 29:471-480.

Vale FL, **Bradley EL** , and Fisher WS (1997):  The relationship of subarachnoid hemorrhage and the need for postoperative shunting. *Journal of Neurosurgery*, 86:462-466.

Kissin I, Lee SS, Arthur GR and **Bradley EL** (1997):  Effect of midazolam on development of acute tolerance to alfentanil: The role of pharmacokinetic interactions. *Anesth Analg*, 85:182-187.

Sanchez OM, Childers NK, Fox L, and **Bradley EL** (1997): Physicians' views on pediatric preventive dental care. *Pediatric Dentistry*, 19(6):377-383.

Balschi JA, Shen H, Madden MC, Hai JO, **Bradley EL**, Wolowicz PE (1997): Model systems for modulating the free energy of ATP hydrolysis in normoxically perfused rat hearts. *Journal of Molecular & Cellular Cardiology*, 29(11):3123-3133.

Williams MD, Sarver DM, Sadowsky PL, **Bradley EL** (1997): Combined rapid maxillary expansion and protraction facemask in the treatment of Class III malocclusions in growing children: A prospective long-term study. *Seminars in Orthodontics*, 3(4):265-274.

Kissin I, Lee SS, **Bradley EL** (1998): Effect of prolonged nerve block on inflammatory hyperalgesia in rats: Prevention of late hyperalgesia. *Anesthesiology*, 88(1):224-232.

Sample LB, Sadowsky PL, **Bradley EL** (1998): An evaulation of two VTO methods. *The Angle Orthodontist*, 68(5):401-408.

Nurko C, Aponte-Merced L, **Bradley EL**, Fox L (1998): Dental caries prevalence and dental health care of Mexican-American workers' children. *Journal of Dentistry for Children*, 65(1):65-72.

Azziz R, Rittmaster RS, Fox LM, **Bradley EL**, Potter HD, Boots LR (1998): Role of the ovary in the adrenal androgen excess of hyperandrogenic women. *Fertility and Sterility*, 69(5):851-859.

Azziz R, Rittmaster RS, Fox LM, **Bradley EL**, Potter HD, Boots LR (1998): Letter to the Editor. Re: The effect of ovarian steroid production on adrenal steroidogenesis?. *Fertility and Sterility*, 70(6):1187-1189.

Vinik HR, **Bradley EL**, Kissin I (1999): Isobolographic analysis of propofol-thiopental hypnotic interaction in surgical patients. *Anesthesia & Analgesia*, 88(3):667-670.

Kissin I, Less SS, **Bradley EL** (1999): Hyperalgesia caused by nerve transection: long-lasting block prevents early hyperalgesia in the receptive field of the surviving nerve. *Anesthesia & Analgesia*, 89(6):1475-1481.

<u>PUBLICATIONS</u> (Continued):

Kissin I, Bright CA, **Bradley EL** (2000): Acute tolerance to continuously infused alfentanil: the role of cholecystokinin and N-methyl-D-aspartate-nitric oxide systems. *Anesthesia & Analgesia*, 91(1):110-116.

Kissin I, Bright CA, **Bradley EL** (2000): The effect of ketamine on opioid-induced acute tolerance: can it explain reduction of opioid consumption with ketamine-opioid analgesic combinations? *Anesthesia & Analgesia*, 91(6):1483-1488.

Clemons TE, **Bradley EL** (2000): A nonparametric measure of the overlapping coefficient. *Computational Statistics & Data Analysis*, 34(1):51-61.

Kissin I, Bright CA, **Bradley EL** (2001): Can inflammatory pain prevent the development of acute tolerance to alfentanil? *Anesthesia & Analgesia*, 92(5):1296-1300.

Kissin I, Bright CA, **Bradley EL** (2002): Selective and long-lasting neural blockade with resiniferatoxin prevents inflammatory pain hypersensitivity. *Anesthesia & Analgesia*, 94(5):1253-1258.

Lee DH, Lee Dickson KF, **Bradley EL** (2004): The incidence of wrist interosseous ligament and triangular fibrocartilage articular disc disruptions: A cadaveric study. *The Journal of Hand Surgery*, 29A(4):676-684.

Lee DH, Lee KH, Lopez-Ben RJ, **Bradley EL** (2004): The double density sign – a radiographic finding for an os acrominale. *The Journal of Bone and Joint Surgery*, 86-A(12):2666-2670.

Kissin I, Davison N, **Bradley EL** (2005): Perineural resiniferatoxin prevents hyperalgesia in a rat model of postoperative pain. *Anesthesia & Analgesia*, 100:774-780.

<u>ABSTRACTS:</u>

**Bradley EL** (1970):  Queues with baulking and their application to an inventory problem. Dissertation Abstracts International. 3I(5):

Finn SB, Thomas J, **Bradley EL** (1972):  Clinical effect of phosphated lozenges on dental caries. International Association for Dental Research, Fiftieth General Session, Las Vegas, Nevada. p. 181, Abstract No. 536.

Balch CM, Morgan JM, **Bradley EL**, Diethelm AG (1974): Results of transplantation in hereditary renal diseases.  Southeastern Dialysis and Transplantation Association Publication.  9:22.

Walker DR, Blackstone EH, Kirklin JW, Karp RB, Kouchoukos NT, Pacifico AD, **Bradley EL**, Roe CR, Shealy A (1976):  Arterial microfiltration during cardiopulmonary bypass:  a randomized study in patients undergoing coronary artery surgery.  American Heart Association's 49th General Session, November 15-18.

Navia JM, Lopez H, Huang CH, **Bradley EL**  (1977):  Biological method to assay total fluoride availability in foods.  International Association for Dental Research, Fifty-fifth General Session.

Navia JM, Huang CH, Lopez H, Alvarez C, **Bradley EL**  (1977): Longitudinal study correlating enamel fluoride with caries susceptibility of rats.  American Association for Dental Research.

<u>ABSTRACTS</u> (Continued):

Katz NM, Blackstone EH, **Bradley EL**, Tracy WG, Lemons JE (1978):  Cardiovascular suture techniques in vitro.  American Heart Association Fifty-first Scientific Session, Dallas.  November 13-16.

Legler DW, Arnold RR, Lynch D, **Bradley EL** (1979):  Immunodeficiency disease and dental caries. *Journal of Dental Research*, 58 (Special Issue A).

Sorvas PG, Retief DH, **Bradley EL**, Taylor RE, Walker AR (1979):  Enamel fluoride uptake, distribution and retention from topical fluoride agents.  *Journal of Dental Research*, 58 (Special Issue A).

Retief DH, **Bradley EL** (1979): Enamel fluoride, fluorosis and DMFT in and endemic fluoride area. *Journal of Dental Research*, 58 (Special Issue A).

Prchal J, Skalka H, Clements R, **Bradley EL**, Conrad M, Pittman C (1980):  Diabetes and risk of cataract development.  *Metabolic and Pediatric Opthalmology*, 4:104.

Sadowsky PL, Retief DH, **Bradley EL** (1980): In vitro fluoride uptake and distribution in enamel from orthodontic cements.  *Journal of Dental Research*, 59 (Special Issue A):376.

Gibbs M, Retief DH, **Bradley EL**, Walker AR (1980): Enamel fluoride uptake and caries inhibition by topical fluoride varnishes.  *Journal of Dental research*, 59 (Special Issue A):392.

Sadowsky PL, Retief DH, **Bradley EL** (1981): Enamel fluoride uptake from orthodontic cements and its effect on demineralization.  *Journal of Dental Research*, 60 (Special Issue A):251.

Retief DH, **Bradley EL,** Holbrook M, Switzer P (1981):  Enamel fluoride uptake, distribution and retention from topical fluoride agents.  *Journal of Dental Research*, 60 (Special Issue A):1066.

Ostrom CA, Koulourides T, Retief DH, **Bradley EL** (1981):  Influence of fluoride in sucrose on enamel and caries resistance.  *Journal of Dental Research*, 60 (Special Issue A):1067.

Benediktsson S, Retief DH, **Bradley EL**, Switzer P (1982): The effect of APF contact time on enamel fluoride.  *Journal of Dental Research*, 61:210.

Retief DH, **Bradley EL**, Denton JC, Switzer P (1982): Enamel and cementum fluoride uptake from a glass ionomer cement.  *Journal of Dental Research*, 61: 331.

Fox LS, Blackstone EH, Kirklin JW, Bishop SP, **Bradley EL** (1982):  Relationship of brain flow and oxygen consumption to perfusion flow rate during hypothermic cardiopulmonary bypass. American Heart Association fifty-fifth Scientific Session, November 15-18.

Marshall AG, Reves JG, Kissin I, Blackstone EH, **Bradley EL** (1983):  Interaction between negative inotropic effects of halothane and nifedipine.  International Anesthesia Research Society, Fifty-seventh Congress, March 13-17.

Gross JD, Retief DH, **Bradley EL** (1983): Composites: Effects of phosphoric acid concentration on microleakage.  *Journal of Dental Research*, 62:219.

Wright JT, Retief DH, **Bradley EL** (1983): Tensile bond strengths and penetration coefficients of pit and fissure sealants.  *Journal of Dental Research*, 62:268.

<u>ABSTRACTS</u> (Continued):

Summerlin DJ, Retief DH, **Bradley EL**, Denton JC (1983):  Fluoride concentration in mandibular molars. *Journal of Dental Research*, 62:271.

Gross JD, Retief DH, **Bradley EL** (1984):  Microleakage of posterior composite restorations. *Journal of Dental Research*, 63:179.

Bryant S, Retief DH, **Bradley EL**, Summerlin DJ (1984): The effect of topical fluoride treatment on bond strength. *Journal of Dental Research*, 63:232.

Harris BE, Retief DH, **Bradley EL** (1984):  Enamel fluoride uptake and retention from topical fluoride agents. *Journal of Dental Research*, 63:273.

Summerlin DJ, Retief DH, **Bradley EL**, Harris BE (1984):  A comparison of three analytical procedures for fluoride analysis. *Journal of Dental Research*, 63:317.

Retief DH, **Bradley EL** (1984): Pyruvic acid as an etching agent.  *Journal of Dental Research*, 63:337.

Adams P, Gelman S, Reves JG, Greenblatt DJ, Alvis JM, **Bradley EL** (1985): Midazolam pharmacodynamics and pharmacokinetics in dogs during acute hypovolemia.  *Anesthesia and Analgesia*.

Ebert J, Malloy D, LaBorde P, Proctor J, **Bradley EL**, Niemann K (1985):  Neuroendocrine and hemodynamic responses to induced hypotension during total hip arthroplasty.  *Anesthesia and Analgesia*.

Harris BE, Retief DH, **Bradley EL** (1985):  Relationship between enamel fluoride concentration and dental caries experience. *Journal of Dental Research*,  64:225, Abstract 457.

Gross JD, Retief DH, **Bradley EL** (1985):  Tensile bond strengths of dentin bonding agents to dentin. *Journal of Dental Research*, 64:244, Abstract 621.

Thornton JB, Retief DH, Harris B, **Bradley EL** (1985): Effect of Fluoride in H3PO4 on tensile bond strength. *Journal of Dental Research*, 64:251, Abstract 684.

Essig ME, Bodden WR, **Bradley EL**, Koulourides T, Housch T (1985):  Effort of 100 vs. 1000 ppm fluoride (F) in 3% sucrose (S) on the pH of ICT plaques.  International Association of Dental Research. Las Vegas, March.

Samuelson PN, Reves JG, Kirklin JK, George J, **Bradley EL**, Wilson KD, Barker S, Oparil S, Adams ML (1985): Sufentanil infusion anesthesia in patients undergoing valvular heart surgery. American Society of Anesthesiology, April.

Retief DH, Glenn WD, Glenn FB, Brewer KP, Cochran-Wallace M, **Bradley EL**  (1986):  Effect of fluoride exposure on fluoride concentration of deciduous tooth enamel. *Journal of Dental Research*, 64:234, Abstract 582.

Wallace MC, Retief DH, **Bradley EL** (1986):  Fluoride distribution in human permanent maxillary molars. *Journal of Dental Research*, 65:234, Abstract 585.

<u>ABSTRACTS</u> (Continued):

Brewer KP, Retief DH, **Bradley EL** (1986): Cementum fluoride uptake from topical fluoride agents. *Journal of Dental Research*, 65:234, Abstract 586.

O'Brien JA, Retief DH, **Bradley EL**, Denys FR (1986): Effects of saliva contamination and phosphoric acid composition on bond strength. *Journal of Dental Research*, 65:314, Abstract 1302.

Thornton JB, Retief DH, **Bradley EL** (1986): Fluoride release from and tensile bond strength of Ketac-Fil and Ketac-Silver. *Journal of Dental Research*, 65:345, Abstract 1581.

George J, Samuelson PN, Lell WA, Kirklin JK, **Bradley EL**, Adams M (1986): Hemodynamic effects of diazepam-sufentanil compared to diazepham-fentanyl. 8th Annual Meeting of the Society of Cardiovascular Anesthesiologists, April 27-30.

Aldrete JA, Castillo RA, **Bradley EL** (1986): Changes of fresh gas flow affect the tidal volume delivered by anesthesia ventilators. IARS 60th Congress, March 15-19.

Ebert J, Harris C, Pearson J, Gelman S, **Bradley EL** (1986): Comparison of the protective effects of esmolol and fentanyl during laryngoscopy. IARS 60th Congress, March 15-19.

Ebert J, Carroll SK, **Bradley EL** (1986): Closed-loop feedback control of muscle relaxation with vecuronium in surgical patients. IARS 60th Congress, March 15-19.

Castillo RA, Kissin I, **Bradley EL** (1986): Opioid agonist for spinal analgesia without risk of respiratory depression. IARS 60th Congress, March 15-19.

Kissin I, Jebeles JA, **Bradley EL** (1986): Cardiac acceleration response to noxious stimulation: spinal and supraspinal mechanisms for orphine-pentobarbital interaction. Society of Cardiovascular Anesthesiologists.

Ebert J, Carroll SK, **Bradley EL** (1986): Quantitative comparison of thenar electromyographic and force displacement signals during automated vecuronium infusion. American Society of Anesthesiologists, April.

Kissin I, Mason JO, **Bradley EL** (1986): Morphine and fentanyl interactions with thiopental in relation to movement response to noxious stimulation. 14th International Congress of Israel Society of Anesthesiologists, Haifa.

Thornton JB, Retief DH, **Bradley EL** (1987): Microleakage of two glass ionomer cements: Fetac-Fil and Ketac-Silver. *Journal of Dental Research*, 66:112, Abstract 46.

Wallace MC, Retief DH, Brewer K, **Bradley EL** (1987): Prevalence of root caries in a representative elderly population. *Journal of Dental Research*, 66:180, Abstract 585.

Retief DH, Wallace M, Brewer K, **Bradley EL** (1987): Relationship between cementum fluoride concentration and root caries experience. *Journal of Dental Research*, 66:180, Abstract 588.

O'Brien JA, Retief DH, **Bradley EL** (1987): Shear bond strength of a new dentin bonding restorative system. *Journal of Dental Research*, 66:292, Abstract 1485.

Kissin I, Mason JO, **Bradley EL** (1987): Morphine and fentanyl anesthetic interactions with barbiturates in rats. FASEB Annual Meeting, Washington. Fed. Proc. 46:1122.

ABSTRACTS (Continued):

Kissin I, Brown PT, **Bradley EL** (1987):  Morphine and fentanyl anesthetic interactions with etomidate.  American Society of Anesthesiologists, Atlanta.  *Anesthesiology*, 67:A383.

Kissin I, McDanal J, Brown PT, Xavier AV, **Bradley EL** (1987) Effect of sympathetic blockade on tactile sensitivity."  American Society of Anesthesiologists, Atlanta.  *Anesthesiology,* 67:A269.

Azziz R, Huth J, Boots L, Parker CR, **Bradley EL,** Zacur H (1988)  Comparison of adrenal stimulation by 1 MG or 0.25 MG 1-24 ACTH:  21-Hydroxylase (21-H): 11-B Hydroxoxylase (11-H), 17/20-Desmolase (17/20-D) and 3-B-Hydroxysteroid Dehydrogenase (3HSD) activity.  *Society for Gynecologic Investigation*, 391.

Legler LR, Retief DH, Sadowsky PL, **Bradley EL,** Denys FR (1988): Effect of H3PO4 concentration and etch duration on bond strength.  International Association of Dental Research.

Wallace MC, Retief DH, **Bradley EL** (1988): Incidence of root caries in older adults.  *Journal of Dental Research*, 67:147,  Abstract 272.

Marchman J, Retief DH, **Bradley EL,** Denys FR (1988):  Shear bond strength of the tenure-perfection restorative system.  *Journal of Dental Research*, 67:220, Abstract 859.

Smith LA, O'Brien JA, Retief DH, **Bradley EL** (1988): Microleakage of two dentinal bonding restorative systems.  *Journal of Dental Research*, 67:309, Abstract 1568.

Legler LR, Retief DH, Sadowsky PL, **Bradley EL,** Denys FR (1988): Effect of $H_3PO_4$ concentration and etch duration on bond strength.  *Journal of Dental Research*, 67:360, Abstract 1982.

Bastos PAM, Retief DH, **Bradley EL,** Denys FR (1988):  Bond strengths of composite to enamel dependent on etch duration?  *Journal of Dental Research*, 67:363, Abstract 2003.

Retief DH, Bastos PA, Leinfelder KF, **Bradley EL,** Denys FR (1988):  Shear bond strength of an experimental bonding system to dentin.  *Journal of Dental Research*, 67:363, Abstract 2005.

Kissin I, Brown PT, **Bradley EL** (1988): Diazepam-morphine interaction in rats.  Congress of Internation Anesthesia Research Society, San Diego.  *Anesth Analg*, 67:S114.

Tverskoy M, Fleyshman G, **Bradley EL,** Kissin I (1988): Midazolam-thiopental anesthetic synergism in patients.  Congress of International Anesthesia Research Society, San Diego.  *Anesth Analg,* 67:S240.

Kissin I, Brown PT, **Bradley EL,** Salazar CH (1988): Morphine-midazolamthiopental hypnotic interactions in rats.  FASEB Annual Meeting, Las Vegas, *FASEB Journal*, 2:A1397.

Kissin I, Mason JO, **Bradley EL** (1988):  Morphine and fentanyl interactions with thiopental in relation to cardiac acceleration response to noxious stimulation.  *Abstracts of 9th World Congress of Anaesthesiologists*, Washington, P. A0241.

Kissin I, Brown PT, **Bradley EL,** Salazar CH (1988): Thiopental antagonizes morphine-midazolam hypnotic synergism.  American Society of Anesthesiologists, San Francisco.  *Anesthesiology*, 69:A558.

ABSTRACTS (Continued):

Bastos PAM, Retief DH, Leinfelder KF, **Bradley EL**, Denys FR (1988): Enamel dependent on etch duration. International Association for Dental Research.

Retief DH, Bastos PAM, Leinfelder KF, **Bradley EL**, Denys FR (1988): Shear bond strength of an experimental bonding system to dentin. International Association for Dental Research.

Azziz R, Rafi A, Smith B, **Bradley EL**, Zacur HA (1988): Acute adrenal stimulation test for the detection of 21-hydroxylase deficiency in hyperandrogenic women. *American Fertility Society*, P-137.

Azziz R, Boots L, Parker CR, **Bradley EL**, Zacur HA (1989): 11-Hydroxylase (11-OH) deficiency in hyperandrogenism. *The American Fertility Society*, P-159.

Retief DH, McCartha CD, Bellezza J, **Bradley EL**, Denys FR (1989): The Use of low viscosity bonding resins in restorative dentistry. American Association for Dental Research, 18th Annual Session.

McCaghren RA, Retief DH, **Bradley EL** (1989): Bond strength of light-cured glass ionomer to enamel and dentin. American Association for Dental Research, 18th Annual Session.

Russell CM, **Bradley EL**, Retief DH (1989): A mathematical model for microradiographic mineral density profiles. American Association for Dental Research, 18th Annual Session.

Retief DH, Wendt SL, **Bradley EL** (1989): Shear bond strength of scotchbond 2 to dentin dependent on storage medium. American Association for Dental Research, 18th Annual Session.

Legler LR, Retief DH, **Bradley EL** (1989): Effect of $H_3PO_4$ concentration and etch duration on etch depth. American Association for Dental Research, 18th Annual Session.

Smith LA, Retief DH, **Bradley EL** (1989): Shear bond strength of tenure/perfection restorative system to dentin. American Association for Dental Research, 18th Annual Session.

Tverskoy M, Fleyshman G, Ezry J, **Bradley EL**, Kissin I (1989): Midazolam-morphine sedative interaction in patients. Congress of International Anesthesia Research Society, Buena Vista. *Anesth Analg*, 68:S321.

Wisniewski JF, Leinfelder KF, **Bradley EL** (1990): Effect of finishing techniques on the wear rate of posterior composite resins. IADR/AADR General Session, Cincinnati, Ohio. *J of Dental Research*, 69 (Special Issue):161.

Battito MF, Langner R, **Bradley EL** (1990): Desflurane (I-653) and Isoflurane in surgical patients: Comparative hemodynamics and emergence. Anesthesiology Abstract.

Azziz R, **Bradley EL**, Potter HD, Boots LR (1991): Deficient 3β-hydroxysteroid dehydrogenase (3β-HSD) activity in hyperandrogenism. *Society for Gynecologic Investigation*, 167.

Borton TE, Eby TL, Ball EV, Nolen BL, **Bradley EL** (1991) Auditory disorder in systemic lupus erythematosus. American Academy of Audiology, Denver.

Wallace MC, Retief DH, **Bradley EL** (1991): Effect of a 48-month preventive program on root caries incidence. Twentieth Annual Session of the American Association for Dental Research.

<u>ABSTRACTS</u> (Continued):

Rich NL, Boots LR, Davis RO, Finley SC, Cosper P, **Bradley EL** (1991): Profile of five second trimester maternal serum markers in normal and complicated pregnancies. *Proceedings of the Greenwood Genetic Center*, 10:143.

Rich NL, Boots LR, Davis RO, Finley SC, Cosper P, **Bradley EL** (1991): Correlation of five second trimester maternal serum markers with specific complications of pregnancy. *Proceedings of the Greenwood Genetic Center*, 10:143.

Blackburn G, Rogers WJ, Henzlova M, Salvia M, **Bradley EL** (1991): Attitudes of men and women toward participation in a multicenter trial of heart failure therapy. American College of Cardiology, Forty-first Annual Scientific Session, Dallas, Texas.

Azziz R, **Bradley EL**, Boots LR (1991): Effect of weight loss on adrenocortical steroidogenesis. The Endocrine Society.

Azziz R, Potter HD, **Bradley EL**, Boots LR (1991): Differential binding of sex-hormone binding globulin (SHBG) to estradiol ($E_2$) and testosterone (T) in relation to circulating T levels. *The American Fertility Society*, O-053.

Maske LE, Paine TD, **Bradley EL**, Rogers WJ (1991): Management of prolonged ischemic chest pain with or without ST elevation: Practice patterns in tertiary care hospitals. *Clinical Research*, 39:877A.

Parks JM, Robichaux RP, Papapietro SE, **Bradley EL**, Rogers WJ (1991): Do the presentation and clinical course of elderly patients with prolonged chest pain differ from younger patients? *Clinical Research*, 39:872A.

Azziz R, Potter HD, **Bradley EL**, Boots LR (1992): Androstenediol (Adiol) in healthy eumenorrheic women: Relationship to body mass and hormonal profile. *Society for Gynecologic Investigation*, 367.

Azziz R, **Bradley EL**, Parker CR, Boots LR (1992): Adrenocortical hyperactivity in hyperandrogenism: The role of 17-hydroxylase (17-OH) and 17, 20-desmolase (17, 20-D) dysfunction. *Society for Gynecologic Investigation*, 622.

Azziz R, Boots LR, **Bradley EL** (1992): Adrenal androgens in hyperinsulinemic hyperandrogenic women. *The Endocrine Society*, 844.

Parks JM, Robichaux RP, Papapietro SE, **Bradley EL**, Rogers WJ (1992): Do the management and outcome of elderly patients with prolonged chest pain differ from younger patients? *Journal of the American College of Cardiology*, 19:178A.

Varma VK, Murphy PL, Hood WP, **Bradley EL**, Rogers WJ (1992): Are women with acute myocardial infarction managed differently from men? *Journal of the American College of Cardiology*, 19:20A.

Maske LE, Paine TD, **Bradley EL**, Rogers WJ (1992): Management of prolonged ischemic chest pain with or without ST elevation: Practice patterns in tertiary care hospitals. American Federation for Clinical Research, Southern Meeting, New Orleans.

ABSTRACTS (Continued):

Varma VK, Murphy PL, Hood WP, **Bradley EL**, Rogers WJ (1992)  Is gender a factor in the management of acute myocardial infarction?  *Clinical Research*, 39:801A.

Cox DA, Davis WR, Williams JA, **Bradley EL**, Rogers WJ (1992):  Do patients with prior coronary artery bypass grafting and severe chest pain differ in presentation, management, and in-hospital outcome?  *Clinical Research*, 39:800A.

Blackburn GH, Rogers WJ, Henziova MJ, Salvia MF, **Bradley EL** (1992): Are there gender-related differences among attitudes of patients in heart failure trials?"  Thirteen Annual Meeting of the Society for Clinical Trials, Philadelphia, Pennsylvania.

Sipe S, Boyd G, Battito M, **Bradley EL** (1992): High failure rate for pulse oximetry in patients with chronic renal failure.  *Anesthesiology*, 20(4) (Suppl.).

Pearce DJ, Rogers WJ, **Bradley EL** (1992): Use of thrombolytic therapy in patients with a history of severe hypertension. American College of Cardiology 41st Annual Scientific Session, Dallas Texas.

Paine TD, Maske LE, **Bradley EL**, Rogers WJ (1992):  Community practice patterns in the management of prolonged ischemic chest pain with or without ST elevation.  *The Journal of the American College of Cardiology*, 19:21A.

Prim JF, Shealy SA, Lechner DE, Gossman MR, **Bradley EL** (1992): Factors influencing the lifting ability of healthy females 20 to 35 years of age.  APTA Annual Conference, Cincinnati, Ohio.

Koons JC, Dickerson QH, **Bradley EL**, Rogers WJ (1993): Do patients with diabetes mellitus differ from nondiabetic patients with prolonged myocardial ischemia?  *The Journal of the American College of Cardiology*, 21:239A.

Koons JC, Dickerson QH, **Bradley EL**, Rogers WJ (1993): Patients with diabetes mellitus differ from nondiabetic patients in a registry of hospital admissions for prolonged chest pain.  *Clinical Research*, 40:807A.

Pearce DJ, Rogers WJ, **Bradley EL** (1993): Use of thrombolytic therapy in patients with a history of severe hypertension. *Clinical Research*, 40:806A.

Rogers WJ, Dean LS, Moore PB, **Bradley EL**. (1993):  Primary PTCA versus lytic therapy in myocardial infarction: Results of a multicenter registry. *Clinical Research*, 40:806A.

Rogers WJ, Dean LS, Moore PB, Burgard SL, **Bradley EL** (1993): Outcome of patients managed with primary PTCA versus lytic therapy in a multicenter registry. *The Journal of the American College of Cardiology*, 21:330A.

Azziz R, **Bradley EL**, Zacur HA, Boots LR (1993): Predictors of the dehydroepiandrosterone sulfate (DHS) level in hyperandrogenic and euandrogenic women. American Fertility Society, 49th Annual Meeting, Palais des Congress.

Azziz R, **Bradley EL**, Zacur HA, Parker CR, Boots LR (1993):  Adrenocortical secretion of dehydroepiandrosterone (DHA) in health women: Variable sensitivity to ACTH. *Endocrine Society*, O-1606.

<u>ABSTRACTS</u> (Continued):

Levine RL, Stegall G, **Bradley EL**, Roger WJ (1993):   Variables predictive of coronary revascularization among patients admitted with prolonged ischemic chest pain. *Clinical Research*, 41:344A.

Faught E, Kuzniecky RI, **Bradley EL** (1993):   How many seizures should be observed by EEG/videomonitoring to conclude that all seizures arise from one site?  American Academy of Neurology, 45th Annual Meeting, New York.

Levine RL, Stegall GC, **Bradley EL**, Rogers WJ (1993):  Predictors of coronary revascularization among patients admitted with prolonged ischemic chest pain.  American Heart Association, 66th Scientific Sessions, Atlanta, Georgia, November 8-11.

Azziz R, **Bradley EL**, Zacur HA, Parker CR, Boots LR (1993):   Adrenocortical secretion of dehydroepiandrosterone(DHA) in healthy women: Variable sensitivity to ACTH. Endocrine Society, 1993, No. 1606, June.

Robinson G, **Bradley EL** (1993):  Rate of disruption of silicone gel prostheses - a report of 200 cases.

Azziz R, **Bradley EL**, Zacur HA, Boots LR (1993): Predictors of the Dehydroepiandrosterone Sulfate Level in Hyperandrogenic and Euandrogenic Women.  Society for Gynecologic Investigation.

Whitaker JN, Williams PH, Layton BA, Kachelhofer RD, **Bradley EL**, McFarland HF, Stone LA, Smith M, Zhao G, Paty DW (1993):  Clinical, imaging and treatment correlations of urinary myelin basic protein-like material in patients with multiple sclerosis. *Canad J Neurol Sci*, 20(Suppl 4):S104.

Whitaker JN, **Bradley EL**, Burgard S, Layton BA, Kachelhofer RD, Morrison KW, Zhao G, Paty DW (1994): Urinary myelin basic protein-like material as a correlate of the progressive phase of multiple sclerosis. *Ann Neurol*, 36:259-260.

Stegall G, Davis WR, **Bradley EL**, Roger WJ (1994):  Variables predictive of time to evaluation in patients admitted with prolonged ischemic chest pain. *Clinical Research*, 41:720A.

Azziz R, Dewailly D, Zacur HA, **Bradley EL** (1995):  Testing for 21-hydroxylase (21-OH) deficiency should precede the evaluation of 3β-hydroxysteroid (3β-HSD) deficiency. The Endocrine Society.

Hsu HC, Zhou T, Yang PA, **Bradley EL**, Mountz JD (1996):  CCD2-FAS transgene increases T Cell immune response and elevate AA Amyloidosis in the kidney of aged CD-1 mice. First International Conference on Immunology and Aging.

Azziz R, Rittmaster RS, Fox LM, **Bradley EL**, Potter HD, Boots LR (1996):   Changes in dehydroepiandrosterone (DHA) levels during ovarian suppression of hyperandrogenic women do not reflect alterations in the acth-stimulated secretion of DHA.  The Endocrine Society.

Azziz R, Dewailly D, Cortet-Rudelli C, Fox LM, **Bradley EL**, Boots LR (1996): 11β-Hydroxylase (11-OH) activity is not exaggerated in 21-Hydroxylase (21-OH) deficient non-classic adrenal hyperplasia (NCAH).  The Endocrine Society.

Cox II LK, Hafez AA, **Bradley EL**, Windecker I, Suzuki S, Cox CF (1996):  Correlation of diagnostic parameters for evaluation of TMJ disorders.  The University of Alabama, School of Dentistry, Restorative Research Group, Birmingham, Alabama.

ABSTRACTS (Continued):

Nurko C, Aponte-Merced L, **Bradley EL**, Fox LM (1996):  Dental caries and dental care of Mexican-American migrant children. *Pediatric Dentistry*, 18:2.

Azziz R, Black V, Hines G, Downing HD, **Bradley EL**, Boots LR (1997):  The polycystic ovary syndrome (PCOS):  Sensitivity and responsivity to ACTH-(1-24) and ovine corticotropin releasing hormone (CRH) stimulation in patients with and without excess dehydroepiandrosterone sulfate (DHS).  The Endocrine Society.

Clemons TE, Inman HF, and **Bradley EL** (1997): The overlapping coefficient for two normal probability functions with unequal variances.  The Biometric Society, East North American Region, Spring Meeting.

Moran C, Zacur HA, **Bradley EL**, Boots LR, Azziz R (1998): Excess dehydroepiandrosterone (DHEA) sulfate (DHEAS) in hyperandrogenism is not simply an exaggeration of adrenocortical androgen secretion.  The Endocrine Society.

Arieff, A, Etheridge M, **Bradley EL** (2005): Causes of brain damage in patients with severe symptomatic hyponatremia: Analysis of 344 patients over 30 years. ASN 38th Annual Renal Week Meeting.

Edwin L. Bradley, Jr., PhD
Curriculum Vitae
Page 31

RECENT LEGAL TESTIMONY (Last Four Years):

Johnny Reynolds et al vs. Alabama Department of Transportation:CV-85-T-665-N (1991-2003): US District Court for the Middle District of Alabama, Northern Division, Judge Myron Thompson. Robert Wiggins, plaintiff attorney. Race discrimination in hiring and promotions. Deposition and trial testimony.

Eugene Crum, Jr. et al vs. State of Alabama:CV-94-T-356-N (1994-2004): US District Court for the Middle District of Alabama, Northern Division, Judge Myron Thompson. Robert Childs, plaintiff attorney. Race discrimination in hiring and promotions. Deposition testimony.

United States of America vs. Philip Morris, Inc., et al.: 99-CV-02496(GK) (2002-2005): US District Court for the District of Columbia, Judge Gladys Kessler. John Monica, defense attorney. Product liability. Deposition and trial testimony.

Carter vs. Philip Morris, Inc., et al.: 004567 (2003): Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania. Steve McConnell, defense attorney. Product liability. Trial testimony.

Karen Yapp, et al. vs. Union Pacific Railroad Company: 4:02CV00615SNL (2003-2004): US District Court for the Eastern District of Missouri, Eastern Division. Robert F. Childs, plaintiff attorney. Racial discrimination in promotions. Deposition and trial testimony.

Janice R. Morgan, et al. vs. Family Dollar Stores, Inc.: CV-01-C-0303-W (2004-2006): US District Court for the Northern District of Alabama, Southern Division. Robert F. Childs, plaintiff attorney. FLSA collective action. Deposition and trial testimony.

Bill Robinson, et al. vs. Gordon R. England: 1:02-CV-94-2 (WLS) (2005): US District Court for the Middle District of Georgia, Albany Division, Judge Sands. Rocco Calamusa, plaintiff attorney. Racial discrimination in hiring and promotion. Deposition testimony.

Cynthia Smith, et al. vs. Cinergy Corp.: A0302263 (2005): Court of Common Pleas, Hamilton, Ohio, Judge Beth A. Myers. Robert F. Childs, plaintiff attorney. Racial discrimination in promotions. Deposition testimony.

Michael L. Beckman vs. Brown & Williamson Tobacco Corporation, et al.: 02-CV-228047-01 (2005): In The Circuit Court of Jackson County, Missouri at Independence. John Monica, defense attorney. Product liability. Deposition testimony.

Cornelius Bennett, et al. vs. Nucor Corporation: 3:04 CV 00291SWW (2006): US District Court for the Eastern District of Arkansas, Jonesboro Division. Robert L. Wiggins, plaintiff attorney. Racial discrimination in advancement and hires. Deposition testimony.

Quinton Brown, et al. vs. Nucor Corporation: 2:04-CV-22005-12BG (2006): US District Court for the District of South Carolina, Charleston Division. Robert L. Wiggins, plaintiff attorney. Racial discrimination in promotions. Deposition testimony.

Emma Dale Parker vs. Wyeth, et al.: 2:03CV76KS-JMR (2006): US District Court for the Southern District of Mississippi, Hattiesburg Division. Michael Hogue, defense attorney. Product liability. Deposition testimony.

Douglas Powers, et al. vs. U.S. Department of Transportation: 4-99-4127 and 4-99-4106 (2007): US Equal Employment Opportunity Commission, Chicago District Office. Robert F. Childs, plaintiff attorney. Gender and age discrimination in raises. Deposition testimony.

**Curriculum Vitae**                                             **March 14, 2007**

### *Liesl Mae Fox*

---

#### *Home Address*                                    #### *Business Address*
                                                       Quantitative Research Associates
1316 Chester Street                                    2015 Kentucky Avenue
Hoover, Alabama 35226                                  Vestavia Hills, Alabama 35216
(205) 978-2944                                         (205) 979-2991

#### *Personal Information*

Born August 16, 1967 at Tacoma, Washington
Married, Four children

#### *Education*

| | |
|---|---|
| B.S. in Mathematics<br>May 1992 | Missouri Southern State College<br>Joplin, Missouri |
| M.S. in Biostatistics<br>June 1995 | University of Alabama at Birmingham<br>Birmingham, Alabama |
| Ph.D. in Biostatistics<br>December 1997 | University of Alabama at Birmingham<br>Birmingham, Alabama |

#### *Professional Experience*

| | |
|---|---|
| 2000 to Present | Senior Consultant<br>Quantitative Research Associates<br>2015 Kentucky Avenue<br>Vestavia Hills, Alabama  35216 |
| 1997 to 2000 | Statistical Consultant<br>Quantitative Research Associates<br>2015 Kentucky Avenue<br>Vestavia Hills, Alabama  35216 |
| 1995 to 1997 | Statistical Analyst<br>Quantitative Research Associates<br>2015 Kentucky Avenue<br>Vestavia Hills, Alabama  35216 |

Curriculum Vitae                    Liesl M. Fox, Ph.D.                        Page 2

## *Professional Experience* *(Continued)*

1994 to 1997                        Statistician
                                    Department of Biostatistics
                                    University of Alabama at Birmingham
                                    Birmingham, Alabama 35294

1994 to 1997                        Statistical Consultant
                                    Rehabilitation and Employment Institute of Alabama
                                    242 West Valley Avenue
                                    Birmingham, Alabama 35209

## *Honors*

- ❖ Outstanding Doctoral Student, School of Public Health, Academic Year 1997-1998
- ❖ UAB Graduate School Fellowship, 1992 to 1995
- ❖ Delta Omega, Public Health Scholastic Honorary, 1995
- ❖ Phi Kappa Phi, Scholastic Honorary, 1994
- ❖ Outstanding Math Education Student, Academic Year 1990-1991
- ❖ Kappa Mu Epsilon, Mathematics Scholastic Honorary, 1991
- ❖ Who's Who in American Colleges & Universities, 1991

## *Professional Memberships*

- ❖ American Statistical Association, 1996 to Present

## *Publications*

**Fox LM**. (1995). *The pseudo-binomial distribution: Applications in survival analysis*. Master's thesis, University of Alabama at Birmingham.

Webb JM, Rye B, **Fox LM**, Smith SD, Cash J. (1996). State of dermatology training: The resident's perspective. *Journal of the American Academy of Dermatology*, 34(6):1067-1071.

**Fox LM**. (1997). *An exploration of the pseudo-binomial distribution with applications to survival curve confidence intervals*. Doctoral dissertation, University of Alabama at Birmingham.

Sanchez OM, Childers NK, **Fox LM**, Bradley E. (1997). Physicians' views on pediatric preventive dental care. *Pediatric Dentistry*, 19(6):377-383.

Curriculum Vitae                     Liesl M. Fox, Ph.D.                          Page 3

**_Publications_** *(Continued)*

Nurko C, Aponte-Merced L, Bradley EL, **Fox LM**. (1998). Dental caries prevalence and dental health care of Mexican-American workers' children. *Journal of Dentistry for Children*, 65(1):65-72.

Mathur A, Roubin GS, Iyer SS, Piamsonboon C, Liu MW, Gomez CR, Yadav SS, Chastain HD, **Fox LM**, Dean LS, Vitek JJ. (1998). Predictors of Stroke Complicating Carotid Artery Stenting. *Circulation*, 97(13):1239-1245.

Azziz R, Rittmaster RS, **Fox LM**, Bradley EL, Potter HD, Boots LR. (1998). Role of the ovary in the adrenal androgen excess of hyperandrogenic women. *Fertility & Sterility*, 69(5):851-859.

Azziz R, Black V, Hines GA, **Fox LM**, Boots LR. (1998). Adrenal androgen excess in the polycystic ovary syndrome: Sensitivity and responsivity of the hypothalamic-pituitary-adrenal axis. *The Journal of Clinical Endocrinology & Metabolism*, 83(7):2317-2323.

Buyalos RP, Jackson RV, Grice GI, Hockings GI, Torpy DJ, **Fox LM**, Boots LR, Azziz R. (1998). Androgen response to hypothalamic-pituitary-adrenal stimulation with naloxone in women with myotonic muscular dystrophy. *Journal of Clinical Endocrinology & Metabolism*, 83(9):3219-3224.

Azziz R, Rittmaster RS, **Fox LM**, Bradley EL, Potter HD, Boots LR (1998): Letter to the Editor. Re: The effect of ovarian steroid production on adrenal steroidogenesis?. *Fertility and Sterility*, 70:1187-1189.

Tanner JL, Craig CB, Bartolucci AA, Allon M, **Fox LM**, Geiger BF, Wilson NP. (1998). The effect of a self-monitoring tool on self-efficacy, health beliefs, and adherence in patients receiving hemodialysis. *Journal of Renal Nutrition*, 8(4):203-211.

Kuehne SAM, Everson MP, Gay S, **Fox LM**, Bradley EL, Garth WP, Haentzschel H, Fine PR, Gay RE. (1997). Antibodies to Type II collagen following traumatic knee injury. *Clinical Immunology and Immunopathology*. Submitted.

Azziz R, Hincapie LA, Knochenhauer ES, Dewailly D, **Fox LM**, Boots LR. (1999). Screening for 21-hydroxylase deficient non-classic adrenal hyperplasia among hyperandrogenic women: A prospective study. *Fertility and Sterility*, 72(5):915-925.

Smith BA, Morgan SL, Vaughn WH, **Fox LM**, Canfield GJ, Bartolucci AA. (1999). Comparison of a computer-based food frequency questionnaire for calcium intake with two other assessment tools. *Journal of the American Dietetic Association*, 99(12):1579-1581.

Thomson SW, Heimburger DC, Cornwell PE, Turner ME, Sauberlich HE, **Fox LM**, Butterworth CE. (2000). Correlates of total plasma homocysteine: Folic acid, copper, and cervical dysplasia. *Nutrition*, 16(6):411-416.

**_Publications_** *(Continued)*

Thomson SW, Heimburger DC, Cornwell PE, Turner ME, Sauberlich HE, **Fox LM**, Butterworth CE. (2000). Effect of total plasma homocysteine on cervical dysplasia risk. *Nutrition & Cancer,* 37(2):128-133.

Azziz R, **Fox LM**, Zacur HA, Parker CR, Boots LR. (2001). Adrenocortical secretion of dehydroepiandrosterone in healthy women: highly variable response to adrenocorticotropin. *Journal of Clinical Endocrinology & Metabolism,* 86(6):2513-2517.

**_Abstracts and Presentations_**

Nurko C, Aponte-Merced L, Bradley E, **Fox LM**. (1996). Dental caries and dental care of Mexican-American migrant children. *Pediatric Dentistry,* 18(2):170.

Wisniewski JF, Curcio BF, Bartolucci AA, **Fox LM**, Lovell J. (1996). Patterns of nicotine and alcohol usage in professional baseball players. *Journal of Dental Research,* 75(Special Issue):82, IADR abstract 517.

Azziz R, Dewailly D, Cortet-Rudelli C, **Fox LM**, Bradley EL, Boots LR. (1996, June). 11β-hydroxylase (11-OH) activity is not exaggerated in 21-hydroxylase (21-OH) deficient non-classic adrenal hyperplasia (NCAH). Poster session, 10th International Congress of Endocrinology, San Francisco.

Azziz R, Grice JE, Jackson RV, Hockings GI, Thorpy DJ, **Fox LM**, Boots LR. (1996, June). Androgen response to hypothalamic-pituitary-adrenal stimulation with naloxone in patients with myotonic muscular dystrophy (DM). Poster session, 10th International Congress of Endocrinology, San Francisco.

Azziz R, Rittmaster RS, **Fox LM**, Bradley EL, Potter HD, Boots LR. (1996, June). Changes in dehydroepiandrosterone (DHA) sulfate (DHS) levels during ovarian suppression of hyperandrogenic women do not reflect alterations in the ACTH-stimulated secretion of DHA. Poster session, 10th International Congress of Endocrinology, San Francisco.

Wisniewski JF, Curcio BF, **Fox LM**, Bartolucci AA, Lovell J, Lasky L, Lunetta D. (1997). American "spit tobacco" behavior patterns: Cultural and demographic associations among athletes. *Journal of Dental Research,* 76(Special Issue):88, IADR abstract 600.

Wisniewski JF, Ryan M, Bartz SD, **Fox LM**, Bartolucci AA. (1997). Nicotine use among a group of National Football League (NFL) players. *Journal of Dental Research,* 76(Special Issue):89, IADR abstract 601.

Azziz R, Hincapie LA, Conway-Myers BA, Knochenhauer ES, **Fox LM**, Cortet-Rudelli C, Dewailly D, Boots LR. (1998). Screening for 21-hydroxylase (21-OH) deficient non-classic adrenal hyperplasia (NCAH) in hyperandrogenic (HA) women: A prospective study. *The Endocrine Society.*

Curriculum Vitae                  Liesl M. Fox, Ph.D.                        Page 5

### *Legal Testimony*

Willie C. Dobyne vs State of Alabama: 91-53 (1998): Circuit Court of Bibb County, Alabama. Patrick Keenan, plaintiff attorney. Distribution of voters with mobility limitation in Bibb County, Alabama. By affidavit.

Gloria Faulk, et. al., vs Home Oil Company, Inc.: CV-96-A-1384-S (1998): US District Court for the Middle District of Alabama, Northern Division, Judge Albritton. Robert F. Childs, Jr., plaintiff attorney. Racial discrimination in hiring and promotions. By deposition.

Crist Earl Ridley, Jr., vs Dillard's, Inc. and Castner-Knott Dry Goods Company: 3-97-0934 (1998): US District Court for the Middle District of Tennessee, Judge Nixon. Donald H. Brockway, Jr., plaintiff attorney. Racial discrimination in "barring" consumers from Dillard's stores. By affidavit.

Abdela Tum, et al., vs Barber Foods, Inc.: 00-371-P-C (2002): US District Court for the District of Maine. Charles Dixon, plaintiff attorney. Claim for uncompensated time worked. By deposition.

Oliver Dean, et al., vs International Truck and Engine Corp, et al.: CV-01-C-7955 (2004): US District Court for the Northern District of Illinois, Eastern Division, Judge Elaine E. Bucklo. Lee Winston, plaintiff attorney. Racial discrimination in hiring. By deposition.

Bill Robinson, et al. vs Gordon R. England: 1:02-CV-94-2 (WLS) (2005): US District Court for the Middle District of Georgia, Albany Division, Judge Sands. Rocco Calamusa, plaintiff attorney. Racial discrimination in hiring and promotion. By deposition.

Quinton Brown, et al. vs. Nucor Corporation: 2:04-CV-22005-12BG(2006): US District Court for the District of South Carolina, Charleston Division. Robert L. Wiggins, plaintiff attorney. Racial discrimination in promotions. By deposition.

Douglas Powers, et al. vs. U.S. Department of Transportation: 4-99-4127 and 4-99-4106 (2007): US Equal Employment Opportunity Commission, Chicago District Office. Robert F. Childs, plaintiff attorney. Gender and age discrimination in raises. Deposition testimony.