## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KUCZMASKI, ADAM PIKE, RYAN PHILLIPS, JOSH STONE, SUHANE LOWERY, KEVIN BELL, and HAMP CRUM, III, individually and on behalf of all other persons similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:06-cv-731 |
| v. | ) ) ) | |
| US FOODSERVICE, | ) ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, defendant U.S. Foodservice, Inc. submits the following Disclosure Statement. U.S. Foodservice, Inc. is a wholly-owned, indirect subsidiary of Koninklijke Ahold NV ("Ahold"). U.S. Foodservice, Inc. is not a publicly traded company. It is an affiliated subsidiary of Ahold, a publicly traded company. Ahold's shares are listed in Amsterdam and as ADRs on the New York Stock Exchange ("AHO").

173193.1

Respectfully submitted,

  */s/ Tammy L. Baker*
Tammy L. Baker, ASB-9522-B62T
E-Mail:  tbaker@constangy.com
Direct Dial:  205-226-5466
Tamula R. Yelling, ASB-9447-E61T
E-Mail:  tyelling@constangy.com
Direct Dial:  205-226-5471
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama  35203
Facsimile:  205-323-7674

**ATTORNEYS FOR DEFENDANT
U.S. FOODSERVICE, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gregory O. Wiggins, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

Tucker F. Burge, Esq.
BURGE & BURGE
850 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203

                            */s/ Tammy L. Baker*
                            Counsel of Record