## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JAMES KUCZMASKI, ADAM PIKE, RYAN PHILLIPS, JOSH STONE, SUHANE LOWERY, KEVIN BELL, and HAMP CRUM, III, individually and on behalf of other persons similarly situated, ) ) ) ) ) ) ) | CIVIL ACTION NO. |
| Plaintiffs, ) | CV-2:06-cv-731 |
| v. ) ) | |
| U.S. FOODSERVICE ) ) | |
| Defendant. ) | |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that Tammy L. Baker has joined the firm of Jackson Lewis LLP. Ms. Baker's new contact information is below.

Respectfully submitted,

*s/ Tammy L. Baker*
Tammy L. Baker, ASB-9522-B62T
BakerT@jacksonlewis.com
Jackson Lewis LLP
2001 Park Place North
Suite 650
Birmingham, Alabama  35203
Phone – (866) 919-6075

## **CERTIFICATE OF SERVICE**

  This is to certify that on May 22, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

    Gregory O. Wiggins, Esq.
    Wiggins, Childs, Quinn & Pantazis, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, Alabama  35203

    Tucker F. Burge, Esq.
    Burge & Burge
    850 Park Place Tower
    2001 Park Place North
    Birmingham, Alabama  35203

          *s/ Tammy L. Baker*
          Tammy L. Baker