IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES KUCZMASKI, ADAM PIKE, ) <br> RYAN PHILLIPS, JOSH STONE, ) <br> SUHANE LOWERY, KEVIN BELL, and ) <br> HAMP CRUM, III, individually and on ) <br> behalf of all other persons similarly ) <br> situated, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> US FOODSERVICE, ) <br>   ) <br>   Defendant. ) | Civil Action No. 2:06-cv-731 |

### MOTION TO WITHDRAW

Constangy, Brooks & Smith, LLC needs to withdraw as counsel of record for defendant in the above-entitled action. Tammy L. Baker, formerly of Constangy, Brooks & Smith, LLC, has joined the law firm of Jackson Lewis LLP and defendant has elected to retain that firm to represent it further in this matter.

Respectfully submitted,

/s/ Tamula R. Yelling
Tamula R. Yelling, ASB-9447-E61T
E-Mail: tyelling@constangy.com
Direct Dial: 205-226-5471
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203
Facsimile: 205-323-7674

198557.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gregory O. Wiggins, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Tucker F. Burge, Esq.
BURGE & BURGE
850 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

/s/ Tamula R. Yelling
Counsel of Record