IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KUCZMASKI, etc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06cv731-MHT |
| US FOODSERVICE, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the motion to withdraw (doc. no. 32) is granted.

DONE, this the 4th day of June, 2007.

　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE