## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KUCZMASKI, ADAM PIKE, RYAN PHILLIPS, JOSH STONE, SUHANE LOWERY, KEVIN BELL, and HAMP CRUM, III, individually and on behalf of other persons similarly situated, | ) ) ) ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | CV-2:06-cv-731 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. FOODSERVICE | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO STAY PENDING MEDIATION

Plaintiffs James Kuczmaski, Adam Pike, Ryan Phillips, Josh Stone, Suhane Lowery, Kevin Bell, and Hamp Crum ("plaintiffs") and defendant U.S. Foodservice ("defendant") jointly request that this court stay the proceedings in this matter for the following reason:

1.     The parties have been attempting to resolve this matter and now believe that mediation would be beneficial in resolving the case.

2.     The parties have agreed to ask Fern Singer to mediate this matter.

The parties therefore jointly move this Court to stay proceedings, pending completion of mediation.

Submitted this _11th_ day of June, 2007.


_s/ Gregory O. Wiggins_
Gregory O. Wiggin
gwiggins@wcqp.com
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
Phone:  (205) 314-0500
Fax:  (205) 254-1500

**COUNSEL FOR PLAINTIFF**

_s/ Tammy L. Baker_
Tammy L. Baker
BakerT@jacksonlewis.com
**JACKSON LEWIS LLP**
2001Park Place North
Suite 650
Birmingham, Alabama 35203
Phone:  (205) 332-3106
Fax:  (205) 332-3131

**COUNSEL FOR DEFENDANT**