IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES KUCZMASKI, etc.,      )
et al.,                     )
                            )
    Plaintiffs,             )
                            )      CIVIL ACTION NO.
    v.                      )       2:06cv731-MHT
                            )
US FOODSERVICE,             )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED that the joint motion to stay pending mediation (doc. no. 34) is denied. The court believes that the parties should pursue mediation while this case is still ongoing.

DONE, this the 14th day of June, 2007.

                                    /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE