IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES KUCZMASKI, etc.,      )
et al.,                     )
                            )
    Plaintiffs,             )
                            )      CIVIL ACTION NO.
    v.                      )        2:06cv731-MHT
                            )
US FOODSERVICE,             )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion to extend deadlines (doc. no. 36) is denied.

DONE, this the 15th day of June, 2007.

                                         /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE