IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KUCZMASKI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:06-cv-731 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. FOODSERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>JOINT MOTION TO ADD FREDRICK S. KUCZMASKI AS PLAINTIFF</u>**

Plaintiffs James Kuczmaski, Adam Pike, Ryan Phillips, Josh Stone, Suhane Lowery, Kevin Bell, Kevin Moorer, and Hamp Crum, III (collectively "Plaintiffs") and Defendant U.S. Foodservice, Inc. ("Defendant"), by and through undersigned counsel, hereby file this Joint Motion to Add Fredrick S. Kuczmaski as Plaintiff.  Through their Motion, the Parties ask the Court to issue an Order adding Fredrick S. Kuczmaski as an additional Plaintiff in this action.  As grounds for this Motion, the Parties state that Fredrick S. Kuczmaski indicated his desire to pursue a claim against Defendant under the Fair Labor Standards Act (the "FLSA").  In the interest of judicial economy, the Parties agreed to include Fredrick S. Kuczmaski in the mediation of this matter, and a settlement also was reached as to his potential claims against Defendant under the FLSA.

Accordingly, the Parties respectfully ask the Court to enter an Order adding Fredrick S. Kuczmaski as a Plaintiff in this action.

Respectfully submitted, this 4th day of September 2007.

| | |
|---|---|
| *s/ Gregory O. Wiggins* | *s/ Tammy L. Baker* |
| Gregory O. Wiggins | Tammy L. Baker, ASB-9522-B62T |
| **WIGGINS, CHILDS, QUINN** | BakerT@jacksonlewis.com |
| **& PANTAZIS, LLC** | **JACKSON LEWIS LLP** |
| The Kress Building | 2001 Park Place North |
| 301 19th Street North | Suite 650 |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35203 |
| Phone: (205) 314-0543 | Phone: (205) 332-3106 |
| | Fax: (205) 332-3131 |
| Tucker F. Burge | |
| **BURGE & BURGE** | Counsel for Defendant |
| 850 Park Place Tower | |
| 2001 Park Place North | |
| Birmingham, Alabama 35203 | |
| | |
| Counsel for Plaintiffs | |

**CERTIFICATE OF SERVICE**

       This is to certify that on September 4, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Gregory O. Wiggins, Esq.
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, Alabama  35203
>
>Tucker F. Burge, Esq.
>Burge & Burge
>850 Park Place Tower
>2001 Park Place North
>Birmingham, Alabama  35203

                                            *s/ Tammy L. Baker*
                                            Tammy L. Baker