IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES KUCZMASKI, etc., et al., ) ) ) Plaintiffs, ) ) v. ) ) US FOODSERVICE, ) ) Defendant. ) | CIVIL ACTION NO. 2:06cv731-MHT |

ORDER

It is ORDERED that the joint motion to add Fredrick S. Kuczmaski as plaintiff (Doc. No. 39) is granted.

DONE, this the 11th day of September, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**