IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES KUCZMASKI, etc.,      )
et al.,                     )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )         2:06cv731-MHT
                            )
US FOODSERVICE,             )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the joint motion for leave to file agreements under seal (Doc. No. 40) is granted.

DONE, this the 11th day of September, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE