IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP -5  A 10: 19

| | |
|---|---|
| JAMES KUCZMASKI, et al., | ) |
| Plaintiffs, | ) Civil Action No. 2:06-cv-731 |
| v. | ) |
| U.S. FOODSERVICE, INC., | ) |
| Defendant. | ) |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS**

Plaintiffs James Kuczmaski, Adam Pike, Ryan Phillips, Josh Stone, Suhane Lowery, Kevin Bell, Kevin Moorer, Hamp Crum, III, and Fredrick S. Kuczmaski (collectively "Plaintiffs") and Defendant U.S. Foodservice, Inc. ("Defendant"), by and through undersigned counsel, hereby file this Joint Motion for Approval of Agreements. Through their Motion, the Parties ask the Court to issue an Order approving their agreements for the compromise and dismissal of this matter, which involves claims brought by Plaintiffs under the Fair Labor Standards Act (the "FLSA"). As grounds for this Motion, the Parties state as follows:

1. On July 10, 2007, the Court entered an Order dismissing this lawsuit in its entirety, with prejudice. [Doc. 38-1.]

2. Filed under seal with this Motion as Confidential Appendices A through I are copies of the fully executed agreements between Plaintiffs and Defendant, which set forth the specific terms of the Parties' agreements to the compromise and dismissal of this action.

3. As explained by the Eleventh Circuit Court of Appeals in <u>Lynn's Food</u>

Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982), agreements of this nature, which settle claims under the FLSA, are subject to approval by the Court.

4. The Parties, through their respective counsel, represent to the Court that their respective agreements are fair, equitable, and reasonable, and are in compliance with the provisions and policies of the FLSA. Accordingly, the Parties move the Court for approval of the agreements.

For these reasons, the Parties respectfully ask the Court to enter an Order approving and ratifying the agreements in Appendices A through I.

Respectfully submitted, this 4th day of September 2007.

/s/ Gregory O. Wiggins
Gregory O. Wiggins
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: (205) 314-0543

Tucker F. Burge
**BURGE & BURGE**
850 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Counsel for Plaintiffs

/s/ Tammy L. Baker
Tammy L. Baker, ASB-9522-B62T
BakerT@jacksonlewis.com
**JACKSON LEWIS LLP**
2001 Park Place North
Suite 650
Birmingham, Alabama 35203
Phone: (205) 332-3106
Fax: (205) 332-3131

Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on September 4, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Gregory O. Wiggins, Esq.
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, Alabama  35203

>Tucker F. Burge, Esq.
>Burge & Burge
>850 Park Place Tower
>2001 Park Place North
>Birmingham, Alabama  35203

_____
Tammy L. Baker