IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES KUCZMASKI, etc.,     )
et al.,                    )
                           )
    Plaintiffs,            )
                           )      CIVIL ACTION NO.
    v.                     )        2:06cv731-MHT
                           )
US FOODSERVICE,            )
                           )
    Defendant.             )
```

ORDER

By oral agreement of the parties, it is ORDERED that the joint motion for approval of settlement agreement (Doc. No. 43) is set for hearing on October 11, 2007, at 9:00 a.m.  Counsel for defendant is to arrange for the hearing to be conducted by telephone.  Plaintiffs are to be available by telephone so that they can give testimony.

DONE, this the 25th day of September, 2007.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE