IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KUCZMASKI, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NUMBER: |
| | ) | 2:06-cv-731-MHT-SRW |
| vs. | ) | JURY DEMAND |
| | ) | **UNOPPOSED** |
| US FOODSERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFFS' MOTION TO CONTINUE THE TELEPHONE HEARING CURRENTLY SCHEDULED FOR OCTOBER 11, 2007 AT 9:00 A.M

**COME NOW** the plaintiffs, by and through the undersigned counsel, and request this Honorable Court to continue the fairness hearing currently scheduled for October 11, 2007 at 9:00 a.m. As grounds for this Motion, the plaintiffs state the following:

1. Plaintiffs' counsel, Gregory O. Wiggins and Kevin W. Jent, are scheduled to be in a trial beginning Tuesday, October 9, 2007 in the case *Joey Battles vs. Mitchell Grocery Corporation*, 2:05-cv-1570-VEH. The case is expected to last the remainder of the week.

2. Therefore, counsel is not available for the scheduled telephone hearing on October 11, 2007 at 9:00 a.m.

3. Plaintiffs' counsel has spoken with defendant's counsel and both parties are available to reschedule the telephone hearing for the afternoon of October 16, 2007 (after 11:00 a.m.) or all day either October 17th or October 18th, 2007.

1

**WHEREFORE, PREMISES CONSIDERED**, the plaintiffs respectfully request this Honorable Court continue the telephone hearing currently scheduled for October 11, 2007 at 9:00 a.m. until either the afternoon or October 16th or any time October 17th or 18th, 2007.

                                                Respectfully submitted,

                                                /s/ *Gregory O. Wiggins*
                                                Gregory O. Wiggins
                                                Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed the above and foregoing by CM/ECF today, September 26, 2007, with copies being served on:

Tammy L. Baker
Jackson Lewis, LLP
2001 Park Place North
Suite 650
Birmingham, Alabama 35203

                                                /s/ *Gregory O. Wiggins*
                                                Gregory O. Wiggins