IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES KUCZMASKI, etc.,    )
et al.,                   )
                          )
    Plaintiffs,           )
                          )   CIVIL ACTION NO.
    v.                    )     2:06cv731-MHT
                          )
US FOODSERVICE,           )
                          )
    Defendant.            )
```

ORDER

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 45) is granted.

(2) The joint motion for approval of settlement agreement (Doc. No. 43) is reset for hearing on October 18, 2007, at 2:00 p.m.

DONE, this the 27th day of September, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**