IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES KUCZMASKI, ADAM PIKE, ) | |
| RYAN PHILLIPS, JOHN STONE, ) | |
| SUBANE LOWERY, KEVIN BELL, ) | |
| HAMP CRUM, III, FREDERICK ) | |
| S. KUCZMASKI, KEVIN MOORE, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiffs, ) | 2:06cv731-MHT |
| ) | (WO) |
| v. ) | |
| ) | |
| US FOODSERVICE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of settlement, etc., filed September 11, 2007 (Doc. No. 43), is granted and the settlement is approved.

(2) Pursuant to the settlement agreement, this lawsuit is dismissed with prejudice, with costs taxed as paid.

**The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 18th day of October, 2007.**

           /s/   Myron H. Thompson
           **UNITED STATES DISTRICT JUDGE**